Wayne Dale Collins, Esq.
wcollins@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

COURTESY COPY

SCAN

FILED
CLERK, U.S. DISTRICT COURT
MAR 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN STETSON, et al.<br>Plaintiff(s)<br>v.<br>WEST PUBLISHING CORPORATION, et al.<br>Defendant(s). | CASE NUMBER<br>CV08-0810 R(Ex)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of ____Wayne Dale Collins____,
*Applicant's Name*

of _____Shearman & Sterling LLP_____
*Firm Name / Address*

____(310) 500-3500____                                      ____wcollins@linerlaw.com____
*Telephone Number*                                           *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  ☒ Defendant
West Publishing Corporation .

and the designation of ____Heather H. Gilhooly/198911____
*Local Counsel Designee /State Bar Number*

of Liner Yankelevitz Sunshine & Regenstreif LLP/1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024
*Local Counsel Firm / Address*

____(310) 500-3500____                                      ____hgilhooly@linerlaw.com____
*Telephone Number*                                           *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated  3-24-08

_____
U. S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (01/08)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, California 90024-3503. On March 6, 2008, I served the within document(s) described as:

**[PROPOSED] ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY [WAYNE DALE COLLINS] TO APPEAR IN A SPECIFIC CASE**

on the following counsel whose email addresses are not currently listed on the Court's electronic mailing list in this action as stated below:

| | |
|---|---|
| Bradley S. Phillips, Esq.<br>Stuart N. Senator, Esq.<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Los Angeles, California 90071-1560<br>Email: brad.phillips@mto.com<br>stuart.senator@mto.com | James P. Tallon, Esq.<br>Wayne Dale Collins, Esq.<br>Matthew J. Reynolds, Esq.<br>SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Email: jtallon@shearman.com<br>wcollins@shearman.com<br>matthew.reynolds@shearman.com |

[X]  (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 6, 2008, at Los Angeles, California.

_____      _____
Henna Choi                                      (Signature)
(Type or print name)

2

0020198/001/383100v08