UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN STETSON, SHANE LAVIGNE, CHRISTINE LEIGH BROWN-ROBERTS, VALENTIN YUI KARPENKO, and JAKE JEREMIAH FATHY, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>      v.<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation dba BAR/BRI, and KAPLAN, INC.,<br><br>                    Defendants. | Case No. CV-08-00810 R<br><br>**NOTICE TO CLASS OF PROPOSED SETTLEMENT OF CLASS ACTION** |

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**

THIS NOTICE PERTAINS TO A PROPOSED CLASS ACTION SETTLEMENT THAT PLAINTIFFS STEPHEN STETSON, SHANE LAVIGNE, CHRISTINE LEIGH BROWN-ROBERTS, VALENTIN YURI KARPENKO AND JAKE JEREMIAH FATHY ("PLAINTIFFS") HAVE REACHED WITH WEST PUBLISHING CORP. ("WEST") AND WITH KAPLAN, INC. ("KAPLAN").  IF YOU PAID FOR A BAR/BRI FULL SERVICE BAR REVIEW COURSE FROM AUGUST 1, 2006, THROUGH AND INCLUDING _____, YOU MAY BE ENTITLED TO A CASH PAYMENT AND TO DISCOUNT CERTIFICATES FROM THIS SETTLEMENT.

- According to the Settlement, West will provide $5,285,000 (less attorney's fees and costs and administrative fees and costs) to pay claims to persons who paid for a full service BAR/BRI bar review course during the period from August 1, 2006, through and including _____ (the "Class Period").

- Also according to the Settlement, Kaplan will provide a Discount Certificate to each person who, during the Class Period, paid for a full service BAR/BRI bar review course.  Furthermore, for each additional full service bar review course other than a full service bar review course for a price discounted by fifty percent (50%) or more, for which a person has paid during the Class Period, that person will receive an additional Discount Certificate.  Your Discount Certificate(s) are included with this Notice.  If the Settlement is finally approved following the below-described final fairness hearing (and any appeals), then each Discount Certificate will be valid for thirty (30) months, will be fully transferable, and will be redeemable toward the future purchase of one qualifying Kaplan course.  A list of qualifying Kaplan courses is available at www.[website].com/courselist.  Each Discount Certificate shall bear a unique code for redemption purposes, which code will not be activated unless and until the Settlement as to Kaplan is finally approved following the below-described fairness hearing (and any appeals).

- If approved by the Court, the Settlement will resolve a lawsuit, *Stetson, et al. v. West Publishing Corp., et al.*, Central District of California Case No. 08-CV-0810 R (the "Action"), that Plaintiffs filed on behalf of a putative Class in the United States District Court for the Central District of California on February 6, 2008.  Plaintiffs alleged that West and Kaplan (collectively, "Defendants") violated the Sherman Act by conspiring to restrain trade in the full service bar review course market.  Plaintiffs also alleged that West violated the Sherman Act by unlawfully acquiring and/or maintaining a monopoly in, and conspiring to monopolize, the full service bar review course market.  Defendants have at all times denied, and continue to deny, Plaintiffs' allegations, including that Defendants committed any violation of law or any wrongdoing, and Defendants further deny that they have any liability with respect to any claim asserted by Plaintiffs.

- With respect to the Settlement with West, court-approved lawyers for Class Members ("Class Counsel") will ask the Court for up to twenty-five percent (25%) of the monetary portion of the Settlement amount as fees for investigating the facts, litigating the case, and negotiating the Settlement as to West, plus reimbursement of litigation expenses. With respect to the Settlement with Kaplan, Class Counsel will ask the Court for fees up to $450,000, which amount is in addition to, and will not come out of, the monetary portion of the Settlement. The issue of whether to award attorney's fees and costs to Class Counsel will be determined by the Court. Any amount awarded as attorney's fees must be approved by the Court in the final fairness hearing as herein discussed.

- Your legal rights are affected whether you act or don't act. *Please read this Notice carefully. In order to obtain the financial benefits of this Settlement, you must fill out the Claim Form attached to this Notice and return it to the Claims Administrator postmarked on or before the date specified below.*

### *SUMMARY OF THE PROPOSED SETTLEMENT*

**If you paid for a BAR/BRI full service bar review course from August 1, 2006, through and including _____, you could get a cash payment from a class action Settlement that has been reached in** *Stetson, et al. v. West Publishing Corporation, et al.*, **Central District of California Case No. CV-08-00810 R. In addition, you are also entitled to at least one Discount Certificate (fully transferable) redeemable toward the future purchase of one qualifying Kaplan course. Your Discount Certificate(s) are included with this Notice. There will be a fairness hearing at which the Court will consider objections, if any, to the proposed Settlement and at which the Court will determine whether the proposed Settlement should be approved. This hearing will be held on _____, at _____ \_\_.m. in Courtroom 8 at the United States District Court, 312 North Spring Street, Los Angeles, California 90012. Requests for exclusion, objections, and comments must be postmarked on or before _____. Claim Forms must be submitted to the Claims Administrator postmarked on or before [date].**

[THE REST OF THIS PAGE INTENTIONALLY LEFT BLANK]

| | ***YOUR OPTIONS IN THIS SETTLEMENT*** |
|---|---|
| **Receive a Payment From the Settlement Fund and Use or Transfer Your Discount Certificate(s)** | In order to receive your portion of the $5,285,000 Settlement Fund, you must timely submit a Claim Form, postmarked on or before [date], following the procedures described more fully below.<br><br>You are free to transfer your Discount Certificate(s) or to redeem each Discount Certificate toward the future purchase of one qualifying Kaplan course. A list of qualifying Kaplan courses is available at www.[website].com/courselist.<br><br>If the Court does not approve the Settlement as to West, you will not be paid any portion of the Settlement Fund. If the Court does not approve the Settlement as to Kaplan, your Discount Certificate(s) will not be redeemable by you or anyone else. |
| **Receive a Payment From the Settlement Fund Only** | In order to receive your portion of the $5,285,000 Settlement Fund, you must timely submit a Claim Form, postmarked on or before [date], following the procedures described more fully below. If the Court does not approve the Settlement as to West, you will not be paid any portion of the Settlement Fund.<br><br>If you choose not to accept the Settlement as to Kaplan, you must exclude yourself from the Settlement as to Kaplan by following the procedure described below. Your Discount Certificate(s) will not be redeemable by you or anyone else. However you preserve your right to be a party to any *other* lawsuit against Kaplan for the violations alleged in *this* case. |
| **Use or Transfer Your Discount Certificate(s) Only** | If you choose not to accept the Settlement as to West, you must submit a request for exclusion as described more fully below. You will not receive any portion of the $5,285,000 Settlement Fund. However, you preserve your right to be a party to any *other* lawsuit against West for the violations alleged in *this* case.<br><br>You are free to transfer your Discount Certificate(s) or to redeem each Discount Certificate toward the future purchase of one qualifying Kaplan course. A list of qualifying Kaplan courses is available at www.[website].com/courselist. If the Court does not approve the Settlement as to Kaplan, your Discount Certificate(s) will not be redeemable by you or anyone else. |
| **Exclude Yourself from the Settlement Entirely** | If you choose not to accept the Settlement as to both West and Kaplan, you must submit a request for exclusion as described more fully below. You will not receive any portion of the $5,285,000 Settlement Fund, and your Discount Certificate(s) will not be redeemable by you or anyone else. However, you preserve your right to be a party to any *other* lawsuit against West or Kaplan for the violations alleged in *this* case. |
| **Object** | Tell the Court why you don't like the Settlement, following the procedures described more fully below. If you exclude yourself from the Settlement entirely, you may not object. If you exclude yourself from the Settlement as to West or Kaplan, but not both, you can object only with respect to the part of the Settlement from which you did not exclude yourself. |
| **Do Nothing** | By doing nothing in response to this Notice, you will not receive any portion of the $5,285,000 Settlement Fund. You will release West and Kaplan and the Released Parties from the claims more fully described below. |

The purpose of this Notice is to inform you that the Court in this action has preliminarily approved a Class for settlement purposes only and has authorized the giving of this Notice.  For settlement purposes, the Class is defined as follows:  *All persons and entities who paid for a BAR/BRI full service bar review course from August 1, 2006, through and including _____*.  *Excluded from the Class are the Defendants in this litigation as well as all of their respective officers, directors, employees and personnel, as well as all employees and personnel of any law firm that is counsel of record in this litigation to any Defendant.*

The Court has not yet decided whether the proposed Settlement is fair, reasonable, adequate, and in the best interest of the Class, and thus has not decided whether the proposed Settlement should be approved.  There will be a final fairness hearing (the "Hearing") at which the Court will consider objections, if any, to the proposed Settlement and will determine (i) whether the proposed Settlement should be approved and (ii) whether to award attorney's fees and/or costs to Class Counsel.  The Hearing will take place on _____, at _____ __.m. in Courtroom 8 of the United States District Court, 312 North Spring Street, Los Angeles, California 90012.

Plaintiff and Defendants have agreed to the Settlement described in this Notice.  If you do not want to be part of the Settlement, you must timely exclude yourself as explained below.  If you wish to object to the Settlement, you must timely submit your objection as explained below.

## WHAT IS THIS CASE ABOUT?

BAR/BRI provides full service bar review courses throughout the United States aimed at assisting would-be attorneys to prepare to take one or more of the bar examinations that are required by each state and the District of Columbia before an attorney obtains a license to practice law.  Plaintiffs alleged that BAR/BRI violated federal antitrust laws by agreeing with Kaplan to limit competition in the market for full service bar review courses.  West is the owner of BAR/BRI and is a Defendant for that reason.  The other Defendant is Kaplan.  Plaintiffs alleged that BAR/BRI agreed not to compete in the LSAT business and that Kaplan agreed not to compete in the bar review business, thereby allocating to BAR/BRI the market for full service bar review courses in the United States and preventing a competitive bar review course from being marketed and sold.

Plaintiffs also alleged that BAR/BRI unlawfully acquired and maintained a monopoly in the market for full service bar review courses in the United States and also conspired to monopolize that market, all through a variety of means.  As a result, Plaintiffs alleged, competition in the relevant market was adversely affected.

On March 14, 2008, West moved to dismiss Plaintiffs' complaint in its entirety; Kaplan joined in that motion.  On April 10, 2008, the Court dismissed Plaintiffs' complaint with prejudice.  Plaintiffs appealed to the United States Court of Appeals for the Ninth Circuit.  Following full briefing and oral argument, on October 9, 2008, the Court of Appeals ordered that the parties participate in mediation under the auspices of a Circuit Mediator.  Thereafter, the parties conducted prolonged arms-length negotiations directly and with the participation of a Circuit Mediator, leading ultimately to the proposed Settlement.

## SETTLEMENT TERMS

### 1.     THE SETTLEMENT TERMS AND WHAT YOU WILL RECEIVE

West has agreed to pay the total sum of $5,285,000 (the "Settlement Fund"), which sum shall be used to make distributions to and for the benefit of Class Members who submit properly completed and timely Claim Forms; to pay attorney's fees and expenses approved by the Court; the costs of providing notice to the Class; fees and expenses of the Claims Administrator, as approved by the Court; and fees associated with the administration and maintenance of the Settlement Fund, as approved by the Court.  ***IF YOU WANT TO RECEIVE A SHARE OF THE SETTLEMENT FUND, YOU MUST RETURN THE CLAIM FORM ATTACHED TO THIS NOTICE, POSTMARKED ON OR BEFORE [DATE].***  If you return your Claim Form and the Settlement is finally approved, you will be sent a check in an amount to be calculated by the Claims Administrator, calculated as described below.

In addition to the Settlement Fund established by West, Kaplan has agreed to provide at least one Discount Certificate to each Class Member. Also, for each additional full service bar review course other than a full service bar review course for a price discounted by fifty percent (50%) or more for which a Class Member has paid during the Class Period, the Class Member will receive an additional Discount Certificate. Your Discount Certificate(s) are included with this Notice. Each Discount Certificate will be valid for thirty (30) months, will be fully transferable, and will be redeemable toward the future purchase of one qualifying Kaplan course. Each Discount Certificate shall bear a unique code for redemption purposes, which code will not be activated unless and until the Settlement as to Kaplan is approved at the Hearing.

## 2.  ATTORNEY'S FEES AND COSTS

With respect to the Settlement as to West, Class Counsel has reserved the right to petition the Court for an award of attorney's fees and costs in an amount of up to twenty-five percent (25%) of the Settlement Fund. In addition, with respect to the Settlement as to Kaplan, Class Counsel has reserved the right to petition the Court for an additional fee award of $450,000 based upon the recovery for Class Members of the Discount Certificates. *The Discount Certificate fee award is in addition to, and will not come out of, the Settlement Fund*. The Court will determine whether to award attorney's fees and costs to Class Counsel. Class Members will not be personally responsible for any of the foregoing fees or costs.

## 3.  PAYMENT TO THE REPRESENTATIVE PLAINTIFFS

Class Counsel will petition the Court for payments to the Representative Plaintiffs in an amount of up to $20,000 in the aggregate. If the Settlement is approved only as to West and not as to Kaplan, these payments will be made from the Settlement Fund. However, if the Settlement is approved as to both West and Kaplan, *these payments will be in addition to, and will not come out of, the Settlement Fund*.

## 4.  CALCULATION OF PAYMENTS TO CLASS MEMBERS

After deducting attorney's fees and costs, and an additional amount to be paid to the Claims Administrator for administering the Settlement (in an amount to be approved by the Court), the Settlement Fund will be paid to eligible Class Members who have timely submitted the enclosed Claim Form. Each such Class Member's Award will be calculated based on (a) the amount paid by each such Class Member as indicated on the Claim Form and (b) the number and amount of timely claims submitted by all Class Members. Each Class Member's Distribution Ratio will then be calculated by dividing his or her claim by all timely and valid claims. The Class Member's Award is the product of his or Distribution Ratio and the Settlement Fund (after deducting attorney's fees and costs and an additional amount to be paid to the Claims Administrator for administering the Settlement).

## RESULT OF THE SETTLEMENT

## 5.  RELEASES

Class Members who do not exercise their right to exclude themselves from the Settlement in whole or in part will release the Released Parties from any and all manner of claims, demands, actions, suits, causes of action, damages whenever incurred, liabilities of any nature whatsoever, including costs, expenses, penalties and attorney's fees, known or unknown, suspected or unsuspected, in law or equity, whether class, individual, or otherwise in nature, that any Member of the Class who has not successfully excluded himself, herself, or itself from the Settlement (including any of their past, present or future officers, directors, agents, employees, employers, legal representatives, trustees, parents, associates, affiliates, licensees, subsidiaries, partners, creditors, heirs, executors, administrators, purchasers, predecessors, successors, and assigns, in their capacities as such) (collectively, "Releasing Persons"), ever had, now has, or hereafter can, shall, or may have, whether directly, representatively, derivatively, or in any other capacity, concerning or relating to any conduct alleged in the complaint in the Action, and including without limitation all claims that have been asserted or could have been asserted in any litigation against the Released Parties or any of them for any conduct alleged in the complaint in the Action (the "Released Claims"), whether or not a Releasing Person (a) objects to the Settlement, (b) submits a Claim Form; or (c) redeems or transfers any Discount Certificate.

The "Released Parties" are West, Kaplan, and their respective current and prior parent corporations, owners, affiliates, subsidiaries, predecessors, officers, directors, employees, agents, licensees, successors, assigns, creditors, insurers, administrators, heirs, executors, and legal or personal representatives, and their respective attorneys, accountants, consultants, and advisors.

If a Class Member excludes himself, herself, or itself from the Settlement as to West only (that is, the Class Member submits a timely request for exclusion as to the monetary portion of the Settlement but not the Settlement as to Kaplan), then, with respect to that Class Member, the above-described Release shall apply only to Kaplan and the Kaplan Released Parties.  If a Class Member excludes himself, herself, or itself from the Settlement as to Kaplan only (that is, the Class Member submits a timely request for exclusion as to the Discount Certificate portion of the Settlement but not the Settlement as to West), then, with respect to that Class Member, the above-described Release shall apply only to West and the West Released Parties.

## 6. THE SETTLEMENT-APPROVAL PROCEDURE

The Court has preliminarily approved the Settlement.  The Court has also scheduled the final fairness Hearing, at which the Court will hear arguments in favor of and opposed to the Settlement.  The Court will also hear objections to the Settlement from Class Members who have notified the Court in advance that such Class Members want to address the court at the Hearing.  The Hearing will take place on _____ at _____ __.m. in Courtroom 8 of the United States District Court, 312 North Spring Street, Los Angeles, California 90012.  *It is not necessary for you to attend this Hearing.*

If you exclude yourself entirely from the Class, you are not entitled to object to or comment on the Settlement or to speak at the Hearing.  If you exclude yourself only from the monetary portion of the Settlement, you are not entitled to object to or comment on the Settlement as to West.  If you exclude yourself only from the Discount Certificate portion of the Settlement, you are not entitled to object to or comment on the Settlement as to Kaplan.  If you do not exclude yourself from the Settlement in any respect and want to object to or comment about the Settlement, you must submit your comments in writing as described below.  If you want to appear at the Hearing and address the Court, you must indicate your intent to do so in writing as described below.  If you do not comply with these procedures, you will not be entitled to object to or comment about the Settlement, to be heard at the Hearing, to contest the approval of the Settlement, or to appeal from any orders or judgments.

If the Court approves the Settlement, the Court will enter a final judgment (the "Judgment").  The Judgment will bind all Class Members—except those who exclude themselves—and the Judgment will release all Class Members' settled claims as described in Section 5 of this Notice, above.

## 7. YOUR OPTIONS

### i. PARTICIPATE IN THE SETTLEMENT

If you want to receive a payment, calculated by the Claims Administrator as explained above, *you must return the Claim Form included with this Notice to the Claims Administrator postmarked on or before* _____ at the following address:  _____.  Your interests as a Class Member will be represented by Class Counsel without charge to you.  You may contact them at:

| | |
|---|---|
| Alan Harris | |
| David Zelenski | Perrin F. Disner |
| HARRIS & RUBLE | 1855 Camden Avenue, Suite 3 |
| 6424 Santa Monica Boulevard | Los Angeles, California 90025 |
| Los Angeles, California 90038 | Telephone:  (310) 742-7944 |
| Telephone:  (323) 962-3777 | Facsimile:  (888) 544-5154 |
| Facsimile:  (323) 962-3004 | |

You may appear at the Hearing and address the Court regarding the Settlement, if you file a notice of intent to appear with the Clerk of Court no later than [date] and serve a copy of your notice on Class Counsel and Defendants' counsel postmarked no later than [date].  You may be represented by your own attorney at your own expense.  If you wish to object or appear at the Hearing through your own attorney, your attorney must file an appearance with the Clerk of Court no later than [date] and serve a copy of the appearance on Class Counsel and Defendants' counsel postmarked no later than [date].  Class Counsel can be served at the following addresses:

| | |
|---|---|
| Alan Harris<br>David Zelenski<br>HARRIS & RUBLE<br>6424 Santa Monica Boulevard<br>Los Angeles, California 90038<br>Telephone:  (323) 962-3777<br>Facsimile:  (323) 962-3004 | Perrin F. Disner<br>1855 Camden Avenue, Suite 3<br>Los Angeles, California 90025<br>Telephone:  (310) 742-7944<br>Facsimile:  (888) 544-5154 |

Counsel for Defendants can be served at the following addresses:

| | |
|---|---|
| *Counsel for West*<br>James Tallon<br>SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, New York 10022<br><br>James F. Rittinger<br>SATTERLEE STEPHENS BURKE BURKE<br>230 Park Avenue<br>New York, New York 10169 | *Counsel for Kaplan*<br>Stuart Senator<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Los Angeles, California 90071 |

  **ii.**  **REQUEST EXCLUSION FROM THE SETTLEMENT**

*If you do not want to remain a Member of the Class settling with West, which means you do not want to receive the financial benefits of the Settlement*, you must send a request for exclusion in writing to the Claims Administrator postmarked on or before _____ at the following address:  _____.  The request for exclusion must contain your name, address, and telephone number.  In addition, it must state that you are requesting to exclude yourself from the Settlement with West Publishing Corp. in *Stetson, et al. v. West Publishing Corporation, et al.*, Case No. CV-08-00810 R, and it must be signed by you personally.  By electing to be so excluded, (1) you will not receive the check generated by the Settlement, even if you would otherwise be entitled to it; (2) you will not be bound by any further order or judgments entered for or against the Class as to West; (3) you will have no right to object to the Settlement as to West or be heard at any hearing scheduled for the Court's consideration of the Settlement as to West; and (4) you may pursue any claims against West that were asserted by Plaintiffs in this case by filing your own lawsuit at your own expense or by seeking to intervene in this lawsuit as an individual plaintiff at your own expense.

*If you do not want to remain a Member of the Class settling with Kaplan, Inc., which means you do not want to retain your Discount Certificate(s)*, you must send a request for exclusion in writing to the Claims Administrator postmarked on or before _____ at the following address:  _____.  The request for exclusion must contain your name, address, and telephone number.  In addition, it must state that you are requesting to exclude yourself from the Settlement with Kaplan, Inc. in *Stetson, et al. v. West Publishing Corporation, et al.*, Case No. CV-08-00810 R, and it must be signed by you personally.  By electing to be so excluded, (1) you will not be permitted to use or transfer the Discount Certificate(s) included with this Notice, and instead the Discount Certificate(s) will be voided; (2) you will not be bound by any further order or judgments entered for or against the Class as to Kaplan; (3) you will have no right to object to the Settlement as to Kaplan or be heard at any hearing scheduled for the Court's consideration of the Settlement as to Kaplan; and (4) you may pursue any claims against Kaplan that were asserted

by Plaintiffs in this case by filing your own lawsuit at your own expense or by seeking to intervene in this lawsuit as an individual plaintiff at your own expense.

*If you do not want to remain a Member of the Class settling with either West Publishing Corp. or Kaplan, Inc., which means you do not want to participate in any benefits from the Settlement*, you must send a request for exclusion in writing to the Claims Administrator postmarked on or before _____ at the following address: _____. The request for exclusion must contain your name, address, and telephone number. In addition, it must state that you are requesting to exclude yourself from the Settlement in *Stetson, et al. v. West Publishing Corporation, et al.*, Case No. CV-08-00810 R, and it must be signed by you personally. By electing to be so excluded, (1) you will not benefit from any aspect of the Settlement and your enclosed Discount Certificate(s) will be voided; (2) you will not be bound by any further order or judgments entered for or against the Class; (3) you will have no right to object to the Settlement or be heard at any hearing scheduled for the Court's consideration of the Settlement; and (4) you may pursue any claims against Defendants that were asserted by Plaintiffs in this case by filing your own lawsuit at your own expense or by seeking to intervene in this lawsuit as an individual plaintiff at your own expense.

    **iii.**    **OBJECT TO THE SETTLEMENT**

*If you do not exclude yourself from the Class, you will remain in the Class and may object to the Settlement.* To object to the Settlement, attorney's fee awards, reimbursement of expenses of Class Counsel, or payment of Incentive Awards to the Representative Plaintiffs, you must file your objection in writing with the Clerk of Court on or before _____ at the following address: _____. You also must send copies of your objection to Class Counsel and Defendants' counsel, postmarked no later than [date]. Any objection must include your name, your address, the name and number of the case, and a statement of the reasons why you object to the Settlement. Class Counsel can be served at the following addresses:

Alan Harris
David Zelenski
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004

Perrin F. Disner
1855 Camden Avenue, Suite 3
Los Angeles, California 90025
Telephone: (310) 742-7944
Facsimile: (888) 544-5154

Counsel for Defendants can be served at the following addresses:

*Counsel for West*
James Tallon
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022

James F. Rittinger
SATTERLEE STEPHENS BURKE BURKE
230 Park Avenue
New York, New York 10169

*Counsel for Kaplan*
Stuart Senator
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, California 90071

    **iv.**    **DO NOTHING**

If you do nothing in response to this Notice (i.e., if you do not submit a Claim Form and do not to exclude yourself from the Settlement), you will not receive a check for your portion of the Settlement Fund. However, you will be permitted to redeem your Discount Certificate(s) or transfer them. In addition, you will be bound by any judgment entered with respect to the Settlement, and you will release the Released Parties, as explained in Section 5 of this Notice, above.

## REQUESTING ADDITIONAL INFORMATION

*8.     HOW TO OBTAIN ADDITIONAL INFORMATION*

The foregoing is only a summary of the Action and the proposed Settlement. For more detailed information, you may review the pleadings on file in the Action, which pleadings may be inspected at the Clerk's Office, United States District Court, 312 North Spring Street, Los Angeles, California 90012. The Clerk will make the files from the Action available to you for inspection and copying at your own expense.

Copies of this Notice; the pleadings in the Action; the Stipulation and Settlement Agreement among Plaintiffs, West, and Kaplan; as well as other documents are available at www.[website].com/documents.

Any questions you have concerning the Action, the Settlement, or this Notice should be directed to the Claims Administrator or to Class Counsel—not to Court personnel. You may contact the Claims Administrator at the following address: _____. *Please include the case name and number, your name, and your return address on any letters, not just on the envelopes. You can also obtain additional information by calling the Claims Administrator at the following toll-free number:* _____.

You may contact Class Counsel as follows:

|  |  |
|---|---|
| Alan Harris<br>David Zelenski<br>HARRIS & RUBLE<br>6424 Santa Monica Boulevard<br>Los Angeles, California 90038<br>Telephone:  (323) 962-3777<br>Facsimile:  (323) 962-3004 | Perrin F. Disner<br>1855 Camden Avenue, Suite 3<br>Los Angeles, California 90025<br>Telephone:  (310) 742-7944<br>Facsimile:  (888) 544-5154 |

*DO NOT CONTACT THE COURT FOR INFORMATION ABOUT THE ACTION OR THE SETTLEMENT.*

*DO NOT CONTACT BAR/BRI FOR INFORMATION ABOUT BAR REVIEW COURSES YOU HAVE TAKEN, THE ACTION, OR THE SETTLEMENT.*

If this Notice was forwarded by the Postal Service, or if it was sent to you at an address that is not your current address, you should immediately send the Claims Administrator, at [address], a letter of correction that states your past and current addresses, as well as the case name and number.

[THE REST OF THIS PAGE INTENTIONALLY LEFT BLANK]