Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone:  (323) 962-3777
Facsimile:  (323) 962-3004

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN STETSON, SHANE LAVIGNE, CHRISTINE LEIGH BROWN-ROBERTS, VALENTIN YURI KARPENKO, and JAKE JEREMIAH FATHY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation dba BAR/BRI, and KAPLAN, INC.,<br><br>Defendants. | Case No. CV-08-00810 R (Ex)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT, AND APPPOINTMENT OF CLAIMS ADMINISTRATOR**<br><br>Date:  March 21, 2011<br>Time:  10:00 a.m.<br>Courtroom:  8<br><br>*Assigned to Hon. Manuel L. Real* |

On March 21, 2011, Plaintiffs Stephen Stetson, Shane Lavigne, Christine Leigh Brown-Roberts, Valentin Yuri Karpenko, and Jake Jeremiah Fathy, on behalf of themselves and those similarly situated, applied to the Court for conditional certification of the Class defined in the Settlement Agreement executed by the Settling Parties; for preliminary approval of the Settlement Agreement; for approval of the form of Notice to

/ / / / /

be provided to Class Members; for the appointment of Gilardi & Co., LLC as the Claims Administrator; and for the scheduling of the Final Settlement Hearing.[1]

Having read and considered the Settlement Agreement and the proposed Notice, having considered the proposed methods of notification to the Class, having reviewed the moving papers, and good cause appearing, the Court finds as follows:

1.     The Settlement Agreement, embodying the terms and conditions of a settlement reached between the parties—including terms from the Ninth Circuit Mediator's proposal—falls within the range of possible final approval as fair, adequate, and reasonable.

2.     The Settlement Agreement merits submission to the Class for consideration pursuant to Rule 23 of the Federal Rules of Civil Procedure.

3.     The proposed form of Notice is adequate; its proposed method of delivery to the Class constitutes the best notice practicable of the Final Settlement Hearing, the proposed Settlement, the to-be-requested attorney's fees and expenses, and the other matters set forth in the Notice; it constitutes valid, due, and sufficient notice to all persons in the proposed Class; and it complies fully with the requirements of Rule 23 of the Federal Rules of Civil Procedure, the Constitution of the United States, and all other applicable laws.

Accordingly, **IT IS HEREBY ORDERED** that:

4.     For the purpose of implementing and enforcing the proposed Settlement Agreement, pursuant to Rule 23 of the Federal Rules of Civil Procedure, the following Class is conditionally certified:

All persons and entities who paid for a BAR/BRI full-service bar-review course provided by Defendant West Publishing Corporation from August 1,

---

[1] Capitalized terms herein have the same meaning as used in the Settlement Agreement, attached as Exhibit 1 to the February 18, 2011, Declaration of Alan Harris in Support of Plaintiffs' Motion for Conditional Certification of Settlement Class, Preliminary Approval of Class-Action Settlement, and Appointment of Claims Administrator.

1    2006, through and including the date of this Order.

2    Excluded from the Class are the Defendants in this litigation; all of their respective

3    officers, directors, employees, and personnel; and all employees and personnel of any law

4    firm that is counsel of record in this litigation to any Defendant.

5         5.     The proposed form of Notice in the form attached as Exhibit 4 to the

6    February 18, 2011, Declaration of Alan Harris in Support of Plaintiffs' Motion for

7    Conditional Certification of Settlement Class, Preliminary Approval of Class-Action

8    Settlement, and Appointment of Claims Administrator is approved for mailing to Class

9    Members.

10        6.     The proposed form of Claim Form in the form attached as Exhibit A to the

11   Settlement Agreement is approved for mailing to the Class.

12        7.     Alan Harris and David Zelenski of Harris & Ruble, along with Perrin F.

13   Disner, are conditionally appointed as Class Counsel.

14        8.     Plaintiffs Stephen Stetson, Shane Lavigne, Christine Leigh Brown-Roberts,

15   Valentin Yuri Karpenko, and Jake Jeremiah Fathy are conditionally certified as

16   Representative Plaintiffs.

17        9.     A Final Settlement Hearing shall be held before this Court at 11:00 a.m. on

18   the June 20, 2011, at the U.S. District Court for the Central District of California, 312

19   North Spring Street, Courtroom 8, Los Angeles, California 90012.  At the Fairness

20   Settlement Hearing, the Court will determine (a) whether the Settlement Agreement

21   should be finally approved as fair, reasonable, and adequate; (b) whether a Judgment

22   approving the Settlement and dismissing the Action should be entered; (c) whether Class

23   Counsel's attorney's fees and costs should be approved; and (d) whether the proposed

24   Plan of Allocation should be approved.

25        10.    No later than twenty-one days before the Fairness Settlement Hearing, Class

26   Counsel shall file a motion for final approval and an application for attorney's fees and

27   costs.

28        11.    The Claims Administrator shall mail the Notice to Class Members pursuant

1   to the procedure outlined in the Settlement Agreement.  In addition, a Summary Notice
2   shall be published, and the Claims Administrator shall maintain a class-action website,
3   both as provided for in the Settlement Agreement.  Notice shall be mailed to Class
4   Members by April 30, 2011, and all completed Claim Forms, objections, and exclusion
5   requests must be postmarked no later than May 30, 2011.

6       12.    Any person who timely objects to the Settlement may appear and be heard at
7   the Fairness Settlement Hearing, either in person or through counsel hired at his or her
8   own expense.  Any such person, no later than twenty-one days before the Final
9   Settlement Hearing, must file a written notice of intention to object; file copies of any
10  evidence, briefs, or other papers in support of the objection with the Clerk of the Court;
11  and serve copies of such notice and copies of all supporting papers on Class Counsel and
12  Defendants' counsel.  Only those persons who have filed and served timely notices of
13  objection shall be entitled to be heard at the Fairness Settlement Hearing.

14      13.    The Court may, for good cause, extend any of the deadlines set forth in this
15  Order or adjourn or continue the Fairness Settlement Hearing without further notice to
16  the Class.

17      14.    If for any reason the proposed Settlement Agreement is terminated by its
18  terms, or if final approval of the Settlement does not occur, this Order conditionally
19  certifying the Class shall automatically be vacated.

20

21  **IT IS SO ORDERED.**

22

23  DATED: _March 21, 2011__                    _____

24                                              U.S. District Court Judge

25

26

27

28

[PROPOSED] ORDER GRANTING PLS.' MOT. FOR CONDITIONAL CERTIFICATION OF SETTLEMENT