| | |
|---|---|
| 1 | BRADLEY S. PHILLIPS (State Bar No. 085263) |
| | Brad.Phillips@mto.com |
| 2 | STUART N. SENATOR (State Bar No. 148009) |
| | Stuart.Senator@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue |
| 4 | Los Angeles, CA 90071-1560 |
| | Telephone: (213) 683-9100 |
| 5 | Facsimile: (213) 687-3702 |
| 6 | Attorneys for Defendant |
| 7 | KAPLAN, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHEN STETSON, SHANE LAVIGNE, CHRISTINE LEIGH BROWN-ROBERTS, VALENTIN YURI KARPENKO, JAKE JEREMIAH FATHY, and all others similarly situated, | CASE NO. CV 08-00810 R (Ex) |
| | **DECLARATION OF JEREMY SINGER IN SUPPORT OF FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** |
| Plaintiffs, | |
| vs. | DATE: JUNE 20, 2011 |
| | TIME: 11:00 A.M. |
| WEST PUBLISHING CORPORATION, a Minnesota Corporation dba BAR/BRI, and KAPLAN, INC., | CTRM: 8 |
| Defendants. | |

I, Jeremy Singer, declare:

1. I am employed by Kaplan, Inc. as President of Kaplan PMBR, which is Kaplan's bar review business. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

## A. KAPLAN DISCOUNT CERTIFICATES

2. I understand that approximately 194,000 Kaplan discount certificates were distributed to class members in conjunction with the proposed settlement of this litigation. I also understand that, as stated on the discount certificates and in the Stipulation of Settlement in this matter, the discount certificates will be valid for a period of 30 months following the finality of the settlement. Exhibit C to the Stipulation of Settlement is a current list of the courses to which the discount certificates will be applicable. The discount certificates will be combinable with other Kaplan regional and national discounts for which the student is eligible.

3. Based upon anticipated enrollments in Kaplan courses to which the discounts certificates will be applicable, and the 30 month time period in which the certificates will be valid, there will be more than enough enrollments in such courses at qualifying tuition levels for all discount certificates that have been distributed to be redeemed. Kaplan's specific enrollment levels constitute competitively-sensitive information that I should not disclose. But one point of reference that is public information is the fact that, in the calendar year 2010 alone, Kaplan enrolled approximately 651,000 students in test preparation courses. More than half of those enrollments were in courses for which the discount certificates can be redeemed. (The other enrollments are principally courses involving professional licensing for real estate professionals and financial professionals, such as accountants.) Some percentage of the students in the courses on Exhibit C to the Stipulation of Settlement enrolled in those courses with discounts additional to

regional or national discounts.  (Regional and national discounts **can** be combined with the discount certificates issued in conjunction with the proposed settlement of this case.)  But once the figure is adjusted by the relevant percentage for students using discounts other than regional and national discounts, there would still be well more than enough anticipated enrollments in eligible courses over a 30 month time frame to accommodate the use of every single discount certificate that has been issued.

### B. KAPLAN'S OFFERING OF BAR REVIEW COURSES

4. Through its acquisition of the company PMBR, Kaplan began offering bar examination preparation courses nationwide on October 19, 2006.  These bar examination preparations courses prepared students for the so-called multi-state bar examination that is a portion of most states' bar examinations.

5. Thereafter, Kaplan has expanded its bar examination preparation courses and now offers courses to prepare students for the entirety of the bar examinations (sometimes called "general bar review courses").  Kaplan now offers general bar review courses to more than 80 percent of the bar-taking population nationwide.  Specifically:

- Kaplan acquired the bar examination preparation company called Study Group in October 2008.
- Commencing in 2009, Kaplan has offered general bar review courses to prepare students for the bar examinations in the states of Florida, New York and New Jersey.
- Commencing in 2010, Kaplan has also offered general bar review courses to prepare students for the bar examinations in the jurisdictions of California, Pennsylvania, Illinois, Georgia, North Carolina, Texas, District of Columbia, Hawaii, New Hampshire, Iowa, Nebraska, North Dakota, Colorado, New Mexico, Alabama, Idaho and Arkansas.

- Commencing in 2011, Kaplan has also offered general bar review courses to prepare students for the bar examinations in the states of Massachusetts, Maryland, Missouri, Virginia, Ohio and Michigan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on this 13th day of June, 2011, at Maplewood, NJ.

_____
Jeremy Singer