1 | Edward A. Klein, Esq. (SBN: 145736)
Heather H. Gilhooly, Esq. (SBN: 198911)
2 |    hgilhooly@linerlaw.com
LINER GRODE STEIN YANKELEVITZ
3 | SUNSHINE REGENSTREIF & TAYLOR LLP
1100 Glendon Avenue, 14th Floor
4 | Los Angeles, California 90024-3503
Tel: (310) 500-3500; Fax: (310) 500-3501

James P. Tallon, Esq. (SBN: 154035)
   jtallon@shearman.com
Wayne Dale Collins, Esq. (pro hac vice)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022-6069
Tel: (212) 848-4000; Fax: (212) 848-7179

James F. Rittinger (pro hac vice)
   jrittinger@ssbb.com
Justin E. Klein (pro hac vice)
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, NY 10169
Tel: (212) 818-9200; Fax: (212) 818-9606

Attorneys for Plaintiff
West Publishing Corporation

Bradley S. Phillips, Esq. (SBN: 85263)
Stuart N. Senator, Esq. (SBN: 148009)
   stuart.senator@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

Attorneys for Defendant
Kaplan, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN STETSON, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>WEST PUBLISHING CORPORATION, et al.,<br><br>    Defendants. | Case No. CV 08-00810 R (Ex)<br><br>**DECLARATION OF HEATHER H. GILHOOLY IN SUPPORT OF MOTION TO APPROVE SETTLEMENT AND IN RESPONSE TO OBJECTIONS**<br><br>Date:    June 20, 2011<br>Time:   11:00 a.m.<br>Courtroom:  8 |

# DECLARATION OF HEATHER H. GILHOOLY

I, Heather H. Gilhooly, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court. I am a member of the law firm of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP, counsel of record for West Publishing Corporation ("West") in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached as Exhibit A hereto is a copy of the United States District Court, Central District of California, docket in *Stetson v. West Publishing Corp.*, Case No. CV-08-00810 R.

3. Attached as Exhibit B hereto is a copy of the Ninth Circuit Court of Appeals docket in *Stetson v. West Publishing Corp.*, Case No. CV-08-00810 R.

4. Attached as Exhibit C hereto is a copy of this Court's Findings of Fact and Conclusions of Law in *Rodriguez v. West Publishing Corp.*, Case No. CV-05-3222 R(MCx), entered September 12, 2007.

5. Attached as Exhibit D hereto is a copy of the Transcript of Proceedings in *Stetson v. West Publishing Corp.*, Case No. CV-08-00810 R, dated April 7, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of June, 2011, at Los Angeles, California.

/S/
Heather H. Gilhooly

1
DECLARATION OF HEATHER H. GILHOOLY IN SUPPORT OF MOTION TO APPROVE SETTLEMENT AND IN RESPONSE TO OBJECTIONS

0031003/004/ 497435v01