Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN STETSON, SHANE LAVIGNE, CHRISTINE LEIGH BROWN-ROBERTS, VALENTIN YURI KARPENKO, and JAKE JEREMIAH FATHY, individually and on behalf of all others similarly situated, <br><br>  Plaintiffs, <br><br> v. <br><br> WEST PUBLISHING CORPORATION, a Minnesota corporation dba BAR/BRI, and KAPLAN, INC., <br><br>  Defendants. | Case No. CV-08-00810 R (Ex) <br><br> **DECLARATION OF ALAN HARRIS IN SUPPORT OF PLAINTIFFS' RESPONSE TO OBJECTIONS TO CLASS-ACTION SETTLEMENT** <br><br> Date: June 20, 2011 <br> Time: 11:00 a.m. <br> Courtroom: 8 <br><br> *Assigned to Hon. Manuel L. Real* |

**ALAN HARRIS** declares under penalty of perjury of the laws of the United States and the State of California as follows:

1.  I am a member in good standing of the State Bar of California and am one of the attorneys for Plaintiffs in the within action. If sworn as a witness, I could competently testify to each and every fact set forth herein from my own personal knowledge.

2.  The Court has appointed Gilardi & Co. ("Gilardi") as the Claims Administrator for the Settlement reached herein with Defendants West Publishing

Corporation ("West") and Kaplan, Inc. ("Kaplan").  In my communications on June 10, 2011, with Markham Sherwood, who is the Gilardi employee overseeing the administration of the Settlement, Mr. Sherwood informed me that, as of that date, approximately 46,400 Class Members have submitted timely Claims Forms to participate in the Settlement.  Mr. Sherwood also informed me on that, as of that date, approximately 1,355 Class Members have submitted late Claim Forms.  In this regard, I have conferred with counsel for West and counsel for Kaplan, and the parties have agreed that any and all Claim Forms submitted through June 19, 2011, should be processed for payment.

3. Furthermore, in my communications with Mr. Sherwood on June 10, 2011, he informed me that approximately 7,293 Notice Packets were mailed to entities that West indicated (pursuant to the terms of the Settlement) had paid for a full-service bar-review course.  Mr. Sherwood also explained to me that those 7,293 Notice Packets were mailed to approximately 455 separate institutions (e.g., law firms).  According to Mr. Sherwood, the top five institutions received 231, 180, 167, 150, and 149 Notice Packets, respectively, and approximately twenty institutions received more than one-hundred Notice Packets.  Of the 455 separate institutions, Mr. Sherwood informed me that not a single one has filed an objection to the Settlement.

4. Approximately sixty separate objections have been filed and/or served to date with respect to the Settlement.  Of those objections, approximately thirty have joined in the objection filed by the Center for Class Action Fairness, LLC ("Center").  Similarly, approximately 209 individuals are purported signatories to the objection filed by Jonathan Hutcheson.  With respect to the objections, an online search that I have performed reveals at least two Internet efforts seeking to mobilize opposition to the Settlement.  Attached hereto as Exhibit 1 is a true and correct copy of a printout from the website "www.barbrisettlementobjection.com."  The website seeks individuals to "sign on to the objection."  Similarly, attached hereto as Exhibit 2 is a true and correct copy of a printout from the Center encouraging individuals to object to the Settlement.

5. On June 13, 2011, Mr. Sherwood informed me that Gilardi anticipates

1  completing its tabulation of Claim Forms by June 15, 2011.  At that time, Plaintiffs'
2  counsel will file a supplemental declaration by Gilardi updating the Court as to the total
3  number of Claim Forms actually received.
4      I have read the foregoing, and the facts set forth therein are true and correct of my
5  own personal knowledge.  Executed June 13, 2011, in the County of Los Angeles, State
6  of California.

                                                                    /s/ Alan Harris
                                                                    Alan Harris