Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN STETSON, SHANE LAVIGNE, CHRISTINE LEIGH BROWN-ROBERTS, VALENTIN YURI KARPENKO, and JAKE JEREMIAH FATHY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation dba BAR/BRI, and KAPLAN, INC.,<br><br>Defendants. | Case No. CV-08-00810 R (Ex)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' RESPONSE TO OBJECTIONS TO CLASS-ACTION SETTLEMENT**<br><br>Date: June 20, 2011<br>Time: 11:00 a.m.<br>Courtroom: 8<br><br>*Assigned to Hon. Manuel L. Real* |

**NOTICE IS HEREBY GIVEN** that, on June 20, 2011, at 11:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 8 of the above-entitled Court located at 312 North Spring Street, Los Angeles, California 90012, Plaintiffs will request that the Court take judicial notice of the following pursuant to Federal Rule of Evidence 201:

1. April 7, 2011, Objection to Proposed Settlement and Notice of Intent to Appear at Hearing in <u>Sobel v. Hertz Corp.</u>, Nevada District Court Case No. 06-CV-00545 LRH-RAM, filed by the Center for Class Action Fairness, LLC, a true and correct copy of which is attached hereto as Exhibit 1.

2. June 6, 2011, Objection of Kevin Young and Notice of Intent to Appear in McDonough v. Toys "R" Us, Inc., Eastern District of Pennsylvania Case No. 06-CV-00242-AB, filed by the Center for Class Action Fairness, LLC, a true and correct copy of which is attached hereto as Exhibit 2.

Pursuant to Federal Rule of Evidence 201, the Court may take judicial notice of "matters of public record" as long as the facts are not "subject to reasonable dispute." Wheeler v. City of Oakland, 2006 U.S. Dist. LEXS 27680 at *5–1 6 (N.D. Cal. Apr. 28, 2006) (citing Lee v. City of Los Angeles, 250 F.3d 668, 689 (9th Cir. 2001)). Court filings and orders such as the above-listed documents are the type of documents that are properly noticed under Rule 201.

DATED: June 13, 2011                           HARRIS & RUBLE
                                               PERRIN F. DISNER

                                               /s/
                                               _____
                                               Alan Harris
                                               David Zelenski
                                               Perrin F. Disner
                                               *Attorneys for Plaintiffs*