# UNITED STATES DISTRICT COURT     MAKE JS-6
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.: CV 08-810-R                                                                             Date: June 20, 2011

TITLE: STEPHEN STETSON, et al. V. WEST PUBLISHING CORPORATION, et al.
==========================================================================
PRESENT:

**HON. MANUEL L. REAL, JUDGE**

| William Horrell | Sandra Becerra |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**

| Alan Harris | James Rittinger |
| David Zelenski | Stuart Senator |
| Perrin Disner | James Tallon |
| | Heather Gilhooley |

**Counsel for Objectors:**
George Richard Baker

**PROCEEDINGS:** Plaintiffs' motion for final approval of class-action settlement
                           Plaintiff's motion for award of attorney's fees and reimbursement of costs

**The Court hears arguments of counsel for the Alabama objectors, as well as arguments of other counsel.**

**The Court DENIES the motion for final approval of the class-action settlement, for reasons as stated on the record. Plaintiffs' motion for attorney's fees and costs is thereby rendered moot.**

**The Court ORDERS the matter now returned to the United States Court of Appeals, 9th Circuit, as this was on a limited remand only for the purpose of this Court's hearing the motion for final approval of the class-action settlement, for continued determination of the matters subject to the appeal filed on May 7, 2008, of this Court's Order of April 10, 2008.**

cc: U.S.C.A. 9th Circuit

                                                                                            17 min

**MINUTES FORM 90**                                                            **Initials of Deputy Clerk   WH**
**CIVIL -- GEN**