Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN STETSON, SHANE LAVIGNE, CHRISTINE LEIGH BROWN-ROBERTS, VALENTIN YURI KARPENKO, and JAKE JEREMIAH FATHY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation dba BAR/BRI, and KAPLAN, INC.,<br><br>Defendants. | Case No. CV-08-00810 R (Ex)<br><br>**DECLARATION OF ALAN HARRIS IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER DENYING FINAL APPROVAL OF CLASS-ACTION SETTLEMENT**<br><br>Date: August 1, 2011<br>Time: 10:00 a.m.<br>Courtroom: 8<br><br>*Assigned to Hon. Manuel L. Real* |

**ALAN HARRIS** declares under penalty of perjury of the laws of the United States and the State of California as follows:

  1. I am a member in good standing of the State Bar of California and am one of the attorneys for Plaintiffs in the within action. If sworn as a witness, I could competently testify to each and every fact set forth herein from my own personal knowledge.

  2. My office filed the Complaint in this matter in February 2008. The Complaint alleges that West and Kaplan violated section 1 of the Sherman Act, 15 U.S.C.

1  § 1, by conspiring to restrain trade in the full-service bar-review-course market. The
2  Complaint also alleges that West (but not Kaplan) violated section 2 of the Sherman Act,
3  15 U.S.C. § 2, by unlawfully acquiring and/or maintaining a monopoly of the bar-review-
4  course market. On March 14, 2008, West filed a Motion to Dismiss, a Motion in which
5  Kaplan joined. On April 10, 2008, after hearing oral argument, this Court dismissed the
6  Complaint with prejudice.

7       3.     Thereafter, on May 7, 2008, my office filed a timely appeal. Oral argument
8  as to the appeal was heard by the Ninth Circuit on September 30, 2009. On October 9,
9  2009, the Ninth Circuit issued an Order "referr[ing the matter] to the Ninth Circuit
10 Mediation Office to explore a possible resolution through mediation." A true and correct
11 copy of that Order is attached as Exhibit 6 to the accompanying Request for Judicial
12 Notice. Over the course of the following year, the parties engaged in numerous
13 settlement conferences, including conferences under the supervision of the Ninth Circuit
14 Mediator.

15      4.     In approximately June 2010, after a series of arm's length negotiation
16 sessions, the Ninth Circuit Mediator issued a proposal that Plaintiffs settle their claims
17 against Defendant West for $5,285,000. The parties ultimately accepted the Mediator's
18 proposal as to that sum, with Defendant West agreeing to establish a Settlement Fund in
19 that amount. In addition, Plaintiffs had earlier negotiated *additional* Discount Certificate
20 relief with Defendant Kaplan. A true and correct copy of the fully executed Stipulation
21 and Settlement Agreement ("Settlement") embodying the terms of the settlement with
22 West and the settlement with Kaplan is attached hereto as Exhibit 1. On December 17,
23 2010, after the Ninth Circuit was apprised that the Mediator's proposal had been accepted
24 by the parties, the case was remanded to this Court for approval of the Settlement. A true
25 and correct copy of the Order remanding the case is attached as Exhibit 7 to the
26 accompanying Request for Judicial Notice.
27 / / / / /
28

I have read the foregoing, and the facts set forth therein are true and correct of my own personal knowledge. Executed June 30, 2011, in the County of Los Angeles, State of California.

_____
Alan Harris

3
DECL. OF ALAN HARRIS IN SUPP. OF PLS.' MOT. FOR CONDITIONAL CERTIFICATION OF SETTLEMENT

## *PROOF OF SERVICE*

I am an attorney for Plaintiffs herein, over the age of eighteen years, and not a party to the within action. My business address is 6424 Santa Monica Boulevard, Los Angeles, California 90038.

On June 30, 2011, I served the within document(s):

**DECLARATION OF ALAN HARRIS IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER DENYING FINAL APPROVAL OF CLASS-ACTION SETTLEMENT**

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice, these document(s) would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business, addressed as follows:

Caeden C. Drayton
4233 NW 25 Place
Launderhill, Florida 33313

Daniel Greenberg
Greenberg Legal Services
55 Fontenay Circle
Little Rock, Arkansas 72223

Robert T. Plunkert
Brown & James P.C.
1010 Market Street, 20th Floor
St Louis, Missouri 63101

Thomas E. Jackson
14521 E. Cabana Street
Corpus Christi, Texas 78418

I declare under penalty of perjury that the above is true and correct. Executed on June 30, 2011, at Los Angeles, California.

                                                             /s/
                                             David Zelenski