Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN STETSON, SHANE LAVIGNE, CHRISTINE LEIGH BROWN-ROBERTS, VALENTIN YURI KARPENKO, and JAKE JEREMIAH FATHY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation dba BAR/BRI, and KAPLAN, INC.,<br><br>Defendants. | Case No. CV-08-00810 R (Ex)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER DENYING FINAL APPROVAL OF CLASS-ACTION SETTLEMENT**<br><br>Date: August 1, 2011<br>Time: 10:00 a.m.<br>Courtroom: 8<br><br>*Assigned to Hon. Manuel L. Real* |

**NOTICE IS HEREBY GIVEN** that, on August 21, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 8 of the above-entitled Court located at 312 North Spring Street, Los Angeles, California 90012, Plaintiffs will request that the Court take judicial notice of the following pursuant to Federal Rule of Evidence 201:

    1.    May 26, 2005, First Amended Class Action Complaint for Violations of the U.S. Antitrust Laws (15 U.S.C. § 1, *et seq.*) in <u>Rodriguez v. West Publishing Corp.</u>, C.D. Cal. Case No. CV 05-3222 R, a true and correct copy of which

1          is attached hereto as Exhibit 1.

2    2.    September 10, 2007, Final Order and Judgment Approving Settlement in <u>Rodriguez</u>, a true and correct copy of which is attached hereto as Exhibit 2.

3    3.    February 11, 2009, Reply Brief for Plaintiffs-Appellants in <u>Stetson v. West Publishing Corp.</u>, Ninth Circuit Case No. 08-55818, a true and correct copy of which is attached hereto as Exhibit 3.

4    4.    October 22, 2008, Memorandum & Order in <u>Park v. Thomson Corp.</u>, S.D.N.Y. Case No. 05 Civ. 2931 (WHP), a true and correct copy of which is attached hereto as Exhibit 4.

5    5.    February 3, 2010, Order Granting Settling Class Plaintiffs' Motion for Distribution of Net Settlement Fund upon the Occurrence of the Effective Date and for Approval and Distribution of Attorneys' Fees and Expenses in <u>Rodriguez</u>, a true and correct copy of which is attached hereto as Exhibit 5.

6    6.    October 9, 2010, appellate Order referring appeal to mediation in <u>Stetson</u>, a true and correct copy of which is attached hereto as Exhibit 6.

7    7.    December 17, 2010, appellate Order remanding case in <u>Stetson</u>, a true and correct copy of which is attached hereto as Exhibit 7.

Pursuant to Federal Rule of Evidence 201, the Court may take judicial notice of "matters of public record" as long as the facts are not "subject to reasonable dispute." <u>Wheeler v. City of Oakland</u>, 2006 U.S. Dist. LEXS 27680 at *5–1 6 (N.D. Cal. Apr. 28, 2006) (citing <u>Lee v. City of Los Angeles</u>, 250 F.3d 668, 689 (9th Cir. 2001)). Court filings and orders such as the above-listed documents are the type of documents that are properly noticed under Rule 201.

DATED: June 30, 2011                      HARRIS & RUBLE

                                                    /s/
                                         Alan Harris
                                         David Zelenski
                                         *Attorneys for Plaintiffs*


## *PROOF OF SERVICE*

I am an attorney for Plaintiffs herein, over the age of eighteen years, and not a party to the within action. My business address is 6424 Santa Monica Boulevard, Los Angeles, California 90038.

On June 30, 2011, I served the within document(s):

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER DENYING FINAL APPROVAL OF CLASS-ACTION SETTLEMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice, these document(s) would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business, addressed as follows:

Caeden C. Drayton
4233 NW 25 Place
Launderhill, Florida 33313

Daniel Greenberg
Greenberg Legal Services
55 Fontenay Circle
Little Rock, Arkansas 72223

Robert T. Plunkert
Brown & James P.C.
1010 Market Street, 20th Floor
St Louis, Missouri 63101

Thomas E. Jackson
14521 E. Cabana Street
Corpus Christi, Texas 78418

I declare under penalty of perjury that the above is true and correct. Executed on June 30, 2011, at Los Angeles, California.

/s/
David Zelenski

REQ. FOR JUDICIAL NOTICE IN SUPP. OF PLS.' MOT. FOR RECONSIDERATION