# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN STETSON, SHANE LAVIGNE, CHRISTINE LEIGH BROWN-ROBERTS, VALENTIN YURI KARPENKO, and JAKE JEREMIAH FATHY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation dba BAR/BRI, and KAPLAN, INC.,<br><br>Defendants. | Case No. CV-08-00810 R (Ex)<br><br>**ORDER DENYING FINAL APPROVAL OF CLASS-ACTION SETTLEMENT AND REQUEST FOR ATTORNEY'S FEES AND REIMBURSEMENT OF COSTS**<br><br>*Assigned to Hon. Manuel L. Real* |

This matter came before the Court for hearing on June 20, 2011, pursuant to the March 21, 2011, Order Granting Plaintiffs' Motion for Conditional Certification of Settlement Class, Preliminary Approval of Class-Action Settlement, and Appointment of Claims Administrator ("Preliminary Approval Order"). Alan Harris and David Zelenski of Harris & Ruble, along with Perrin F. Disner of the Law Offices of Perrin F. Disner, appeared on behalf of Plaintiffs. James F. Rittinger of Satterlee Stephens Burke & Burke LLP, along with James P. Tallon of Shearman & Sterling LLP and Heather H. Gilhooly of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP, appeared on

1  behalf of Defendant West Publishing Corp. Stuart N. Senator of Munger, Tolles & Olson
2  LLP appeared on behalf of Defendant Kaplan, Inc. George Richard Baker of Baker Law,
3  P.C. appeared on behalf of objecting Class Members Seth Grissom, James Garrison,
4  Nathan Hunt, Dustin Kennemer, John Kelley, and John Amari. Having considered all
5  papers filed, as well as oral argument, **IT IS HEREBY ORDERED** that, for the reasons
6  set forth on the record during the June 20, 2011, hearing, Plaintiffs' Motion for Final
7  Approval of Class-Action Settlement is denied. Accordingly, **IT IS FURTHER**
8  **ORDERED** that Plaintiffs' Motion for Award of Attorney's Fees and Reimbursement of
9  Costs is denied as moot.

DATED: July 1, 2011

_____
U.S. District Court Judge