UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 08-810-R                                              Date: JULY 19, 2011

Title:   STEPHEN STETSON, et al. -v- WEST PUBLISHING CORPORATION, et al.
================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

<u>William Horrell</u>                                          <u>None Present</u>
Courtroom Deputy                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                      None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that on the Court's own motion the:

Plaintiffs' motion for reconsideration etc

is hereby ORDERED <u>CONTINUED</u> FROM AUGUST 1, 2011 AT 10:00 A.M.

TO AUGUST 8, 2011 AT 10:00 A.M.  Opposition and Reply papers <u>remain due</u>

as originally set, pursuant to the rules, by the hearing date of August 1, 2011.

The continuation of the hearing date <u>DOES NOT</u> move the due dates of

those filings.

cc: counsel of record

MINUTES FORM 11                                          Initials of Deputy Clerk ___WH____
CIVIL -- GEN