# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.:** CV 08-810-R                                  **Date:** August 9, 2011

**TITLE:** STEPHEN STETSON, et al. V. WEST PUBLISHING CORPORATION, et al.
==================================================================
**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

| **William Horrell** | **Sheri Kleeger** |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**

| Alan Harris | James Rittinger |
| David Zelenski | Stuart Senator |
| Perrin Disner | James Tallon |
| | Heather Gilhooley |

**PROCEEDINGS:** Plaintiffs' motion for reconsideration of order denying final approval of class-action settlement (fld 6-30-11)

    The Court hears arguments of counsel.

    The Court DENIES plaintiffs' motion, for reasons as stated on the record.

    Defendants shall submit a proposed order.

                                                         13 min

**MINUTES FORM 90**                                             **Initials of Deputy Clerk**   WH
**CIVIL -- GEN**