1   BRADLEY S. PHILLIPS (State Bar No. 085263)
    Brad.Phillips@mto.com
2   STUART N. SENATOR (State Bar No. 148009)
    Stuart.Senator@mto.com
3   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue
4   Los Angeles, CA 90071-1560
    Telephone: (213) 683-9100
5   Facsimile: (213) 687-3702

6   Attorneys for Defendant
    KAPLAN, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                         WESTERN DIVISION

11

12  STEPHEN STETSON, SHANE            CASE NO. CV 08-00810 R (Ex)
    LAVIGNE, CHRISTINE LEIGH
13  BROWN-ROBERTS, VALENTIN           NOTICE OF LODGING PROPOSED
    YURI KARPENKO, JAKE               ORDER
14  JEREMIAH FATHY, and all others
    similarly situated,
15
                    Plaintiffs,       DATE:    AUGUST 9, 2011
16                                    TIME:    10:00 A.M.
         vs.                          CTRM:    8
17
    WEST PUBLISHING
18  CORPORATION, a Minnesota
    Corporation dba BAR/BRI, and
19  KAPLAN, INC.,

20                  Defendants.

21

22

23

24

25

26

27

28

1         To the Court, all parties and their counsel of record:

2         Pursuant to the Court's Minute Order dated August 9, 2011, Defendant

3 Kaplan, Inc. hereby lodges the proposed order attached hereto as Exhibit A.  The

4 proposed order has been shared with all parties and no objections to form have been

5 received.

6

7 DATED:  August 19, 2011                MUNGER, TOLLES & OLSON LLP

8

9                         By:_____*/s/ Stuart N. Senator*_____

10                              STUART N. SENATOR

11                         Attorneys for Defendant
KAPLAN, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

14847805.1               - 1 -              NOTICE OF LODGING [PROPOSED] ORDER
CV 08-00810 R (EX)