# Exhibit A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHEN STETSON, SHANE LAVIGNE, CHRISTINE LEIGH BROWN-ROBERTS, VALENTIN YURI KARPENKO, JAKE JEREMIAH FATHY, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WEST PUBLISHING CORPORATION, a Minnesota Corporation dba BAR/BRI, and KAPLAN, INC.,<br><br>Defendants. | CASE NO. CV 08-00810 R (Ex)<br><br>[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION<br><br>DATE: AUGUST 9, 2011<br>TIME: 10:00 A.M.<br>CTRM: 8 |

The Court, having considered Plaintiffs' motion for reconsideration and heard oral argument on August 9, 2011, rules as follows on the motion:

The Motion for Reconsideration is DENIED.

DATED:

                                                  Hon. Manuel Real
                                                United States District Judge

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

On August 19, 2011, I served upon the interested party(ies) in this action the foregoing document(s) described as:

NOTICE OF LODGING PROPOSED ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION

☑ By placing a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

☑ **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☑ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**SEE ATTACHED SERVICES LIST**

Executed on August 19, 2011, at Los Angeles, California.

*/s/ Loren Rives*
Loren Rives

14556461.1

- 2 -

**SERVICE LIST**

| | |
|---|---|
| Daniel Greenberg<br>Greenberg Legal Services<br>55 Fontenay Circle<br>Little Rock, AR 72223 | Eliot G Disner<br>Van Etten Suzumoto & Becket<br>1620 26th Street Suite 6000 North<br>Santa Monica, CA 90404 |
| Robert T Plunkert<br>Brown & James P.C.<br>1010 Market Street 20th Floor<br>St Louis, MO 63101 | Thomas E Jackson<br>14521 E Cabana Street #306<br>Corpus Christi, TX 78418 |
| Caeden C Drayton<br>4233 NW 25 Place<br>Launderhill, FL 33313 | |

14802542.1