**FILED**

OCT 18 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEPHEN STETSON, individual and all others similarly situated; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>WEST PUBLISHING CORPORATION, a Minnesota Corporation doing business as BAR/BRI; et al.,<br><br>        Defendants - Appellees. | No. 08-55818<br><br>D.C. No. 2:08-cv-00810-R-E<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 1 8 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: PREGERSON, REINHARDT, and WARDLAW, Circuit Judges.

The parties are ordered to file supplemental letter briefs setting forth (i) their respective positions on the district court's rejection of the proposed settlement and (ii) the status of their commitment to the terms of the rejected settlement.

The supplemental briefs shall be filed within ten days of this order and shall not exceed five pages.

IT IS SO ORDERED.