**FILED**

NOV 07 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEPHEN STETSON, individual and all others similarly situated; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> WEST PUBLISHING CORPORATION, a Minnesota Corporation doing business as BAR/BRI; et al., <br><br> Defendants - Appellees. | No. 08-55818 <br><br> D.C. No. 2:08-cv-00810-R-E <br> Central District of California, <br> Los Angeles <br><br> ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV - 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: PREGERSON, REINHARDT, and WARDLAW, Circuit Judges.

This case is resubmitted as of the date of this order.