Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN STETSON, SHANE LAVIGNE, CHRISTINE LEIGH BROWN-ROBERTS, VALENTIN YURI KARPENKO, and JAKE JEREMIAH FATHY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation dba BAR/BRI, and KAPLAN, INC.,<br><br>Defendants. | Case No. CV-08-00810 R (Ex)<br><br>**NOTICE OF LODGING OF PROPOSED ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT AND CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS**<br><br>*Assigned to Hon. Manuel L. Real* |

1 **PLEASE TAKE NOTICE** that, pursuant to the Court's April 15, 2013, Civil Minutes, Plaintiffs are lodging herewith a Proposed Order granting the March 18, 2013, Motion for preliminary approval of class-action settlement and conditional certification of settlement class.

DATED: April 18, 2013

HARRIS & RUBLE

　　　　/s/ *David Zelenski*
Alan Harris
David Zelenski
*Attorneys for Plaintiffs*

## *PROOF OF SERVICE*

I am an attorney for Plaintiffs herein, over the age of eighteen years, and not a party to the within action. My business address is 6424 Santa Monica Boulevard, Los Angeles, California 90038.

On April 18, 2013, I served the within document(s):

**NOTICE OF LODGING OF PROPOSED ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT AND CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS**

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice, the above document(s) would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business, addressed as follows:

Caeden C. Drayton
4233 NW 25 Place
Launderhill, Florida 33313

Daniel Greenberg
Greenberg Legal Services
55 Fontenay Circle
Little Rock, Arkansas 72223

Robert T. Plunkert
Pitzger Snodgrass, P.C.
100 South Fourth Street
St Louis, Missouri 63102

Thomas E. Jackson
14521 E. Cabana Street #306
Corpus Christi, Texas 78418

George Richard Baker
Baker Law PC
2229 First Avenue North
Birmingham, Alabama 35203

I declare under penalty of perjury of the laws of the United States and of the State of California that the above is true and correct. Executed on April 18, 2013, at Los Angeles, California.

                                           /s/ *David Zelenski*
                                          David Zelenski