ALAN HARRIS (SBN 146079)
DAVID ZELENSKI (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777
Facsimile:(323) 962-3004

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN STETSON, SHANE LAVIGNE, CHRISTINE LEIGH BROWN-ROBERTS, VALENTIN YURI KARPENKO, and JAKE JEREMIAH FATHY, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>vs.<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation dba BAR/BRI; and KAPLAN, Inc.,<br><br>               Defendants. | CASE NO. CV-08-00810 R (Ex)<br><br>**DECLARATION OF MARKHAM SHERWOOD RE DELIVERY OF NOTICE AND CLAIM FORM TO CLASS AND REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED**<br><br>Date: August 19, 2013<br>Time: 10:00 a.m.<br>Courtroom: 8 |

-1-

DECLARATION OF MARKHAM SHERWOOD

I, Markham Sherwood, declare as follows:

1.     I am employed by Gilardi & Co., LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California.  Gilardi was appointed as the Settlement Administrator in this matter.  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.     On or before April 11, 2011, Gilardi received from counsel for West Publishing Corporation ("West") a list of the names and addresses of all identified class members in this matter. Gilardi formatted the list for mailing purposes, removed duplicates and processed the names and addresses through the National Change of Address Database to update any addresses on file with the United States Postal Service ("USPS").

3.     On or before May 6, 2013, Gilardi caused the Summary Notice to be electronically mailed to the 176,887 electronic mail addresses provided by counsel for West or the class member in previous correspondence with Gilardi. To the extent an e-mail address was not provided, Gilardi caused to be printed and mailed the Summary Notice via postcard to the remaining 969 unique names and addresses. The Summary Notice directs class members to the settlement website and provides contact information for Gilardi should they have any questions. A true and correct copy of the Summary Notice is attached hereto as Exhibit A.

4.     The total number of e-mails that were "bounced back" as undeliverable was 20,635. Gilardi subsequently caused Summary Notice Postcards to be printed and mailed to the addresses on file for these 20,635 Settlement Class Members.

5.     Since mailing the Summary Notice Postcards to the class members with no valid e-mail address, Gilardi has received 1,990 Notice Packets returned by the USPS with undeliverable addresses.  Gilardi, through a third-party locator service, performed address searches for these Notice Packets and was able to find

2

1,223 updated address for the 1,990 that were returned undeliverable and re-mailed the Notice Packets to those updated addresses.

6.     Gilardi caused the Summary Notice to be published in the following media outlets: *USA Today* (May 6, 2013), *National Law Journal* (May 20, 2013 and May 27, 2013), and *Lawyers Weekly USA* (May 20, 2013 and June 17, 2013). A true and correct copy of the Summary Notice as published is attached hereto as Exhibit B.

7.     On May 6, 2013, LDG released a party-neutral press release over PR Newswire's US1 National Newsline.  The US1 National Newsline provided the press release to thousands of media outlets across the country, including national and local newspapers, websites, and television and radio stations.  A true and correct copy of the press release is attached hereto as Exhibit C.

8.     On or before April 29, 2011, Gilardi established a toll-free telephone number, (888) 293-3337, that class members can call and listen to Frequently Asked Questions, request that a Notice Packet be mailed to them, or speak to a live operator to answer class member inquiries.  English and Spanish speaking live operators are available Monday through Friday between the hours of 7:00 a.m. and 5:00 p.m. Pacific Time. Gilardi updated the Frequently Asked Questions on or before May 6, 2013 to make sure the information being disseminated to Class Members was current and correct.

9.     On or before April 29, 2011, Gilardi established the settlement website at www.gilardi.com/barbrisettlement. On or before May 6, 2013, Gilardi updated the website and posted the updated Frequently Asked Questions as well as the following documents: the Long Form Notice, the Claim Form, the Stipulation and Settlement Agreement, the Request for Judicial Notice in Support of Plaintiffs' Motion for Preliminary Approval of Class-Action Settlement and Conditional Certification of Settlement Class, the Declaration of Alan Harris in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, the

3

Declaration of Mediator John Francis Carroll in Support of Class Action Settlement, Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class-Action Settlement and Conditional Certification of Settlement Class, and the Order Granting Motion for Preliminary Approval of Class-Action Settlement and Conditional Certification of Settlement Class There, potential class members can view and print copies of these documents. The website landing page includes the language set forth in the Summary Notice and provides a list of important dates and instructions on filing a claim form. The website contains a page listing Gilardi's contact information by mail, toll-free telephone, and e-mail address. Additionally, Gilardi designed and implemented an electronic claim form that class members can submit online. Class members that indicate they received a Summary Notice can authenticate their information using a Claim ID and PIN assigned to them. The website application then allows them to view their address information as well as the information regarding their BAR/BRI full service bar review course. They have the option of filing the claim using the information on hand or by disputing that information and uploading documentation. True and correct copies of the Long-Form Notice and Claim Form are attached hereto as Exhibits D and E, respectively.

10.     The exclusion request postmark deadline was on July 8, 2013.  To date, Gilardi has received 13 timely requests for exclusion from the Settlement.  A report detailing the requests for exclusion received and true and correct copies of the requests for exclusion are attached hereto as Exhibit F.

11.     The objection filing postmark deadline was on July 8. 2013.  To date, Gilardi has received two (2) objections to the Settlement.  A report detailing the objections received and true and correct copies of the objections are attached hereto as Exhibit G.

12.     The deadline to postmark or submit claims electronically was on July 8, 2013. To date, Gilardi has received a total of 36,162 timely and 290 late claims. Of the 36,162 timely claims, 35,888 were submitted electronically via the website.

4

1  Altogether, the 36,452 claims represent 41,360 full service BAR/BRI bar-review
2  courses purchase by class members.

3       13.   To date, Gilardi has incurred costs totaling $91,847.77 in connection
4  with the case setup, database preparation, case management, website design, media
5  plan and the dissemination of e-mail and postcard notice. Gilardi anticipates it will
6  incur an additional approximate $90,000.00 in connection with the processing and
7  evaluation of claims, the deficiency process, the distribution of settlement funds,
8  and follow up with class members and tax compliance.

10      I declare under penalty of perjury that the foregoing is true and correct to the
11  best of my knowledge and that this declaration was executed this 22nd day of July,
12  2013 at San Rafael, California.

MARKHAM SHERWOOD