Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone:  (323) 962-3777
Facsimile:  (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

Perrin Disner (SBN 257586)
LAW OFFICES OF PERRIN F. DISNER
1855 Camden Avenue, Suite 3
Los Angeles, California 90025
Telephone:  (310) 742-7944
Facsimile:  (888) 544-5154
pdisner@disnerlaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN STETSON, SHANE LAVIGNE, CHRISTINE LEIGH BROWN-ROBERTS, VALENTIN YURI KARPENKO, and JAKE JEREMIAH FATHY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation dba BAR/BRI, and KAPLAN, INC.,<br><br>Defendants. | Case No. CV-08-00810 R (Ex)<br><br>**NOTICE OF ERRATA RE DECLARATION OF ALAN HARRIS IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS-ACTION SETTLEMENT**<br><br>Date:  August 19, 2013<br>Time:  10:00 a.m.<br>Courtroom:  8<br><br>*Assigned to Hon. Manuel L. Real* |

**PLEASE TAKE NOTICE** that the July 22, 2013, Declaration of Alan Harris (Docket No. 153) filed in support of Plaintiffs' Motion for final approval (Docket No. 152) contains a typographical error in paragraph 1. Paragraph 1 states that the Declaration is submitted in support of Plaintiffs' Motion for attorney's fees and costs (Docket No. 146), filed on May 6, 2013. The Declaration was instead submitted in support of Plaintiffs' Motion for final approval. A separate Declaration of Alan Harris (Docket No. 150) in support of the Motion for attorney's fees and costs was filed with that Motion on May 6, 2013.

A corrected version of the Declaration of Alan Harris in support of the Motion for final approval (without exhibits) is attached hereto as Exhibit 1. Plaintiffs' counsel apologize for the error.

Dated: July 23, 2013				HARRIS & RUBLE

					/s/ *Alan Harris*
					Alan Harris
					David Zelenski
					*Attorneys for Plaintiffs*

# *PROOF OF SERVICE*

I am an attorney for Plaintiffs herein, over the age of eighteen years, and not a party to the within action. My business address is 6424 Santa Monica Boulevard, Los Angeles, California 90038.

On July 23, 2013, I served the within document(s): **NOTICE OF ERRATA RE DECLARATION OF ALAN HARRIS IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS-ACTION SETTLEMENT**.

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice, the above document(s) would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business, addressed as follows:

Caeden C. Drayton
4233 NW 25 Place
Launderhill, Florida 33313

Daniel Greenberg
Greenberg Legal Services
55 Fontenay Circle
Little Rock, Arkansas 72223

Robert T. Plunkert
Pitzger Snodgrass P.C.
100 South Fourth Street
St. Louis, Missouri 63102

Thomas E. Jackson
14521 E. Cabana Street #306
Corpus Christi, Texas 78418

George Richard Baker
Baker Law P.C.
2925 Manor Road
Charlotte, North Carolina 28209

George Richard Baker
Baker Law P.C.
524 Union Street, Suite 213
San Francisco, California 94133

I declare under penalty of perjury of the laws of the United States and of the State of California that the above is true and correct. Executed on July 23, 2013, at Los Angeles, California.

/s/ *Alan Harris*
Alan Harris