| | |
|---|---|
| BAKER LAW PC<br>G. RICHARD BAKER (SBN: 224003)<br>richard@bakerlawpc.com<br>524 Union Street, Suite 213<br>San Francisco, CA 94133<br>Telephone: (415) 767-1522<br>Facsimile: (800) 866-6556<br><br>*Attorney for Objectors Seth Bryant Grissom, James Ralph Garrison III, Dustin Kennemer, Nathan Hunt, John Kelley and John Amari* | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN STETSON, et al., individually an on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>WEST PUBLISHING CORPORATION, and KAPLAN, INC.,<br><br>            Defendants. | **CASE NO. CV-08-00810 R**<br><br>**PROOF OF SERVICE**<br><br>Judge:     Manuel L. Real |

1

I am an attorney for Objector-class members Seth Grissom, James Garrison III, Dustin Kennemer, Nathan Hunt, John Kelley and John Amari (Collectively "Objectors"), over the age of eighteen years, and not a party to the within action. My business address is 524 Union Street, Suite 213, San Francisco, California 94133.

On July 30, 2013, I served the withing documents:

**OBJECTION TO CLASS COUNSELS' MOTION FOR ATTORNEY FEES AND REIMBURSEMENT OF EXPENSES [DE 159]**

**NOTICE OF MOTION AND MOTION FOR ATTORNEY FEES TO OBJECTORS' COUNSEL, EXHIBITS ATTACHED THERETO, DECLARATIONS, AND RE-NOTICE OF APPEARANCE [DE 160]**

**PROOF OF SERVICE**

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice, the above documents would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business, addressed as follows:

| | |
|---|---|
| Caeden C. Drayton<br>4233 NW 25 Place<br>Launderhill, Florida 33313 | Daniel Greenberg<br>Greenberg Legal Services<br>55 Fontenay Circle<br>Little Rock, Arkansas 72223 |
| Thomas E. Jackson<br>14521 E. Cabana Street #306<br>Corpus Christi, Texas 78418 | Robert T. Plunkert<br>Pitzger Snodgrass P.C.<br>100 South 4th Street<br>St. Louis, Missouri 63102 |

I declare under penalty of perjury of the laws of the United States and of the State of California that the above is true and correct. Executed on July 30, 2013, at Charlotte, North Carolina.

/s/ George Richard Baker
GEORGE RICHARD BAKER (SBN 224003)