Edward A. Klein, Esq. (SBN: 145736)
Heather H. Gilhooly, Esq. (SBD: 198911)
 hgilhooly@linerlaw.com
LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone : (310) 500-3500 / Facsimile: (310) 500-3501

James F. Rittinger, Esq. (pro hac vice)
 jrittinger@ssbb.com
Justin E. Klein, Esq. (pro hac vice)
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York New York 10169
Telephone: (212) 818-9200 / Facsimile: (212) 818-9606

Attorneys for Defendant West Publishing Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN STETSON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WEST PUBLISHING CORPORATION, et al., <br><br> Defendants. | Case No. CV 08-00810 R (Ex) <br><br> **DECLARATION OF JAMES F. RITTINGER REGARDING CAFA NOTICE OF PROPOSED CLASS ACTION SETTLEMENT** <br><br> Date:   August 19, 2013 <br> Time:   10:00 a.m. <br> Courtroom:   8 <br><br> *Assigned to Hon. Manuel L. Real* |

I, James F. Rittinger, declare:

    1.    I am a member of the firm of Satterlee Stephens Burke & Burke LLP, counsel to West Publishing Corporation ("West") in this litigation. I submit this declaration in connection with the pending motion to approve the proposed class action settlement in this matter. I have

1637634_1

1 personal knowledge of the facts described herein, and if called as a witness, I could and would
2 testify competently thereto.
3     2.    On March 26, 2013, pursuant to 28 U.S.C. § 1715(b), I caused notice of the
4 proposed settlement of this litigation, together with all required supporting information, to be
5 served on the Attorney General of the United States, the Attorneys General of each of the several
6 states, and the Attorneys General of the District of Columbia, Puerto Rico, and the U.S. Virgin
7 Islands via U.S. mail. A copy of the notice provided to the Attorneys General (with its
8 distribution list but otherwise without exhibits) is attached hereto as Exhibit A.
9     3.    I have received no objection or inquiry regarding the litigation or the proposed
10 settlement from any of the Attorneys General.
11     I declare under penalty of perjury under the laws of the United States that the foregoing is
12 true and correct.
13     Executed this 5th day of August, 2013, at New York, New York.

_____
James F. Rittinger

1637634_1