# EXHIBIT A

## SATTERLEE STEPHENS BURKE & BURKE LLP

230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818-9200
Fax (212) 818-9606
Direct Dial: (212) 404-8770
E-Mail: jrittinger@ssbb.com

www.ssbb.com

51 JOHN F. KENNEDY PARKWAY
FIRST FLOOR WEST
SHORT HILLS, NJ 07078-2713
(973) 218-2509
FAX (973) 218-2401

March 26, 2013

**VIA U.S. MAIL**

The Attorney General of the United States
Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

The Attorney General of each of the United States

[Full addresses contained on the Distribution List attached hereto]

Re: *Stetson, et al. v. West Publishing Corporation, et al.*
C. D. Cal.; Case No. CV-08-810-R-(EX)

Dear Attorneys General:

Pursuant to Title 28, Section 1715 of the United States Code, West Publishing Corporation ("West") hereby gives notice of a proposed settlement in the above-captioned class action pending in the United States District Court for the Central District of California (the "Court"), in which West is a co-defendant with Kaplan, Inc. ("Kaplan"). Included with this letter is a compact disc ("CD") containing the following documents:

1) A copy of the Complaint, filed February 6, 2008, and all materials filed with the Complaint (*see* 28 U.S.C. § 1715(b)(1)) [designated in the enclosed CD as Exhibit A].

2) A copy of the Stipulation and Settlement Agreement executed by the parties on November 15, 2012, together with all exhibits thereto – which includes the parties' proposal for notification to class members of the proposed settlement of the class action (*see* 28 U.S.C. §§ 1715(b)(3) and (b)(4)) [designated in the enclosed CD as Exhibit B]. The proposed notice is modified as set forth in the plaintiffs' motion for preliminary approval, attached hereto as Exhibits D, E and F.

3) A copy of the Supplemental Agreement Regarding Opt-Outs executed by the parties on November 15, 2012 (*see* 28 U.S.C. § 1715(b)(5)) [designated in the enclosed CD as Exhibit C]. Please note that this document is confidential and should not be disclosed.

1630059_1

SATTERLEE STEPHENS BURKE & BURKE LLP

The Attorney General of the United States
The Attorney General of each of the United States
March 26, 2013
Page 2

    4)     A copy of Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class-Action Settlement and Conditional Certification of Settlement Class, filed on March 18, 2013 (*see* 28 U.S.C. § 1715(b)(4)) [designated in the enclosed CD as Exhibit D].

    5)     A copy of the Declaration of Alan Harris in Support of Plaintiffs' Motion for Preliminary Approval of Class-Action Settlement and Conditional Certification of Settlement Class (*see* 28 U.S.C. § 1715(b)(4)) [designated in the enclosed CD as Exhibit E].

    6)     A copy of the [Proposed] Order Granting Motion for Preliminary Approval of Class-Action Settlement and Conditional Certification of Settlement Class (*see* 28 U.S.C. § 1715(b)(4)) [designated in the enclosed CD as Exhibit F].

    7)     A copy of the Request for Judicial Notice in Support of Plaintiffs' Motion for Preliminary Approval of Class-Action Settlement and Conditional Certification of Settlement Class (*see* 28 U.S.C. § 1715(b)(4)) [designated in the enclosed CD as Exhibit G].

    8)     A copy of the Court's April 10, 2008 Order Granting Defendant West Publishing Corporation's Motion to Dismiss Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1) [designated in the enclosed CD as Exhibit H].

    9)     A copy of the United States Court of Appeals for the Ninth Circuit's November 7, 2011 Memorandum Decision reversing the Court's dismissal of the Complaint [designated in the enclosed CD as Exhibit I].

With regard to Title 28, Subsection 1715(b)(7), West has enclosed with this letter a <u>separate</u> compact disc labeled as Exhibit J. The lists on Exhibit J are state-specific, so that each Attorney General of each state receives the data for that Attorney General's state. The lists represent West's best effort to compile the names and addresses of class members, by state, based on information provided to West by class members.

West is not able to calculate a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement because, if the settlement is approved, the amount paid to each class member will vary depending on the number of valid claims submitted and the amount paid by claiming class members, as described in the Proposed Plan of Allocation, which is attached to the Stipulation and Settlement Agreement as Exhibit B. In addition, the addresses provided to West do not necessarily represent the current addresses of class members.

With respect to the remaining provisions of Title 28, Subsection 1715(b):

- West anticipates that hearings will be scheduled for the motion for preliminary approval of the Settlement Agreement and a subsequent motion for final approval of the Settlement Agreement (*see* 28 U.S.C. §

1630059_1

SATTERLEE STEPHENS BURKE & BURKE LLP
The Attorney General of the United States
The Attorney General of each of the United States
March 26, 2013
Page 3

> 1715(b)(2)). Plaintiffs' motion for preliminary approval of the settlement provides for a hearing date of April 15, 2013 with respect to that motion and proposes that the Court schedule a hearing with respect to final approval of the settlement on August 5, 2013.

- Counsel for West (and, to our knowledge, counsel for Kaplan) have not contemporaneously made any settlement or other agreement with class counsel other than those described above (*see* 28 U.S.C. § 1715(b)(5)).

- There has been no final judgment or notice of dismissal filed in this action (*see* 28 U.S.C. § 1715(b)(6)), except that, as referenced in Item 8 above, on April 10, 2008, the Court granted the motion of West and co-defendant Kaplan to dismiss the Complaint. However, that decision was reversed on appeal by the Ninth Circuit United States Court of Appeals by its Memorandum Decision dated November 7, 2011 (*see* Item 9). As documents pertaining to any final judgment or notice of dismissal are docketed and/or filed, they should be posted and made available through the Central District of California's online docketing system, which can be accessed at the website https://ecf.cacd.uscourts.gov/cgi-bin/ShowIndex.pl. All other documents filed in the district court in this action are also available at that website.

Finally, to protect the privacy of class members, we respectfully request that the list of names of class members provided herewith remain non-public.

                                    Very truly yours,

                                    James F. Rittinger

Enclosures

1630059_1

## DISTRIBUTION LIST

Attorney General of the State of Alabama
Office of the Attorney General
Alabama State House
500 Dexter Avenue
Montgomery, AL 36130

Attorney General of the State of Alaska Office
of the Attorney General
P.O. Box 110300
Juneau, AK 99811-0300

Attorney General of the State of Arizona
Office of the Attorney General
1275 West Washington Street
Phoenix, AZ 85007

Attorney General of the State of Arkansas
Office of the Attorney General
200 Tower Building
323 Center Street
Little Rock, AR 72201-2610

Attorney General of the State of California
Office of the Attorney General
California Department of Justice
Attn: Public Inquiry Unit
1300 I St., Suite 1740
Sacramento, CA 95814

Attorney General of the State of Colorado
Office of the Attorney General
1525 Sherman Street, 7th Floor
Denver, CO 80203

Attorney General of the State of Connecticut
Office of the Attorney General
55 Elm Street
Hartford, CT 06141-0120

Attorney General of the State of Delaware
Office of the Attorney General
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

Attorney General of the State of Florida
Office of the Attorney General
The Capitol PL-01
Tallahassee, FL 32399-1050

Attorney General of the State of Georgia
Office of the Attorney General
40 Capitol Square SW
Atlanta, GA 30334-1300

Attorney General of the State of Hawaii
Office of the Attorney General
425 Queen Street
Honolulu, HI 96813

Attorney General of the State of Idaho
Office of the Attorney General
700 W. Jefferson Street
P.O. Box 83720
Boise, ID 83720-0010

Attorney General of the State of Illinois
Office of the Attorney General
James R. Thompson Center
100 West Randolph Street
Chicago, IL 60601

Attorney General of the State of Indiana
Office of the Attorney General
Indiana Government Center South
302 West Washington Street, 5th Floor
Indianapolis, IN 46204

Attorney General of the State of Iowa
Office of the Attorney General
Hoover State Office Building
1305 East Walnut Street, 2nd Floor
Des Moines, IA 50319

Attorney General of the State of Kansas
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612-1597

Attorney General of the State of Kentucky
Office of the Attorney General
The Capitol, Suite 118
700 Capitol Avenue
Frankfort, KY 40601-3449

Attorney General of the State of Louisiana
Office of the Attorney General
P.O. Box 94095
Baton Rouge, LA 70804-4095

Attorney General of the State of Maine
Office of the Attorney General Burton M. Cross Building
State House Station 6, 6th Floor
Augusta, ME 04333

Attorney General of the State of Maryland
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202-2202

Attorney General of the State of Massachusetts
Office of the Attorney General McCormack Building
One Ashburton Place
Boston, MA 02108-1698

Attorney General of the State of Michigan
Office of the Attorney General
G. Mennen Williams Building, 7th Floor
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909-0212

Attorney General of the State of Minnesota
Office of the Attorney General
State Capitol, Suite 102
St. Paul, MN 55155

Attorney General of the State of Mississippi
Office of the Attorney General
Department of Justice
P.O. Box 220
Jackson, MS 37205-0220

Attorney General of the State of Missouri
Office of the Attorney General Supreme Court Building
207 W. High Street
P.O. Box 899
Jefferson City, MO 65101

Attorney General of the State of Montana
Office of the Attorney General
Department of Justice
215 N. Sanders
Helena, MT 59620-1401

Attorney General of the State of Nebraska
Office of the Attorney General
State Capitol
P.O. Box 98920
Lincoln, NE 68509-8920

Attorney General of the State of Nevada
Office of the Attorney General
Nevada Department of Justice
Carson City Office - Old Supreme Court Bldg.
100 North Carson Street
Carson City, NV 89701-4717

Attorney General of the State of New Hampshire
Office of the Attorney General
State House Annex
33 Capitol Street
Concord, NH 03301-6397

Attorney General of the State of New Jersey
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, CN P.O. Box 080
Trenton, NJ 08625

Attorney General of the State of New Mexico
Office of the Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Attorney General of the State of New York
Office of the Attorney General
Department of Law
The Capitol, 2nd Floor
Albany, NY 12224-0341

Attorney General of the State of North Carolina
Office of the Attorney General
Dept. of Justice
P.O. Box 629
Raleigh, NC 27602-0629

Attorney General of the State of North Dakota
Office of the Attorney General
State Capitol
600 E. Boulevard Avenue, Dept. 125
Bismarck, ND 58505-0040

Attorney General of the State of Ohio
Office of the Attorney General
State Office Tower
30 E. Broad Street, 17th Floor
Columbus, OH 43266-0410

Attorney General of the State of Oklahoma
Office of the Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105

Attorney General of the State of Oregon
Office of the Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

Attorney General of the State of Pennsylvania
Office of the Attorney General
1600 Strawberry Square
Harrisburg, PA 17120

Attorney General of the State of Rhode Island
Office of the Attorney General
150 South Main Street
Providence, RI 02903

Attorney General of the State of South Carolina
Rembert C. Dennis Office Building
Office of the Attorney General
P.O. Box 11549
Columbia, SC 29211-1549

Attorney General of the State of South Dakota
Office of the Attorney General
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501

Attorney General of the State of Tennessee
Office of the Attorney General
425 5th Avenue North
Nashville, TN 37243

Attorney General of the State of Texas
Office of the Attorney General
Capitol Station
P.O. Box 12548
Austin, TX 78711-2548

Attorney General of the State of Vermont
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001

Attorney General of the State of Washington
Office of the Attorney General
P.O. Box 40100
1125 Washington Street, SE
Olympia, WA 98504-0100

Attorney General of the State of Wisconsin
Office of the Attorney General
Wisconsin Department of Justice
State Capitol, Suite 114 E.
P.O. Box 7857
Madison, WI 53707-7857

The Attorney General of the United States
Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Attorney General of Puerto Rico
Office of the Attorney General
GPO Box 902192
San Juan, PR 00902-0192

Attorney General of American Samoa
American Samoa Government
Executive Office Building
Utulei, Territory of American Samoa
Pago Pago, AS 96799

Attorney General of the State of Utah
Office of the Attorney General
State Capitol, Rm. 230
350 N. State Street
Salt Lake City, UT 84114-0810

Attorney General of the State of Virginia
Office of the Attorney General
900 East Main Street
Richmond, VA 23219

Attorney General of the State of West Virginia
Office of the Attorney General
State Capitol
1900 Kanawha Blvd. E.
Charleston, WV 25305

Attorney General of the State of Wyoming
Office of the Attorney General
State Capitol Bldg.
123 Capitol Building, 200 W. 24th Street
Cheyenne, WY 82002

Attorney General of the District of Columbia
Office of the Attorney General
John A. Wilson Building
441 4th Street
N.W., Suite 1145
Washington, D.C. 20009

Attorney General of the Virgin Islands
Department of Justice
G.E.R.S. Complex 488-50C
Kronprinsdens Gade, St. Thomas, VI 00802

Attorney General of Guam
287 West O'Brien Drive
Hagatna, Guam 96910

Attorney General of Northern Mariana Islands
Northern Mariana Islands
Administration Building
P.O. Box 10007
Saipan, MP 96950-8907