## PROOF OF SERVICE

I am employed in the County of New York, State of New York, I am over the age of 18 and not a party to the within action. My business address is 230 Park Avenue, New York, New York 10169. On August 5, 2013, I served the within document(s) described as:

DECLARATION OF JAMES F. RITTINGER REGARDING CAFA NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

on the interested parties in this action as stated on the attached mailing list.

[x] (BY MAIL) By placing true copies of the foregoing document(s) in a sealed envelope addressed as set forth below. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

Caeden C. Drayton
4233 NW 25 Place
Launderhill, Florida 33313

Daniel Greenberg
Greenberg Legal Services
55 Fontenay Circle
Little Rock, Arkansas 72223

Robert T. Plunkert
Pitzger Snodgrass P.C.
100 South Fourth Street
St. Louis, Missouri 63102

Thomas E. Jackson
14521 E. Cabana Street #306
Corpus Christi, Texas 78418

George Richard Baker
Baker Law P.C.
612 32nd Street, Suite 213
Birmingham, Alabama 35233

George Richard Baker
Baker Law P.C.
524 Union Street, Suite 213
San Francisco, California 94133

I declare that I am employed in the offices of a member admitted pro hac vice to this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 5, 2013, at New York, New York.

Michelle Masino
(Type or print name)

_/s/ Michelle Masino_
(Signature)

1735001_1