Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

Perrin Disner (SBN 257586)
LAW OFFICES OF PERRIN F. DISNER
1855 Camden Avenue, Suite 3
Los Angeles, California 90025
Telephone: (310) 742-7944
Facsimile: (888) 544-5154
pdisner@disnerlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN STETSON, SHANE LAVIGNE, CHRISTINE LEIGH BROWN-ROBERTS, VALENTIN YURI KARPENKO, and JAKE JEREMIAH FATHY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation dba BAR/BRI, and KAPLAN, INC.,<br><br>Defendants. | Case No. CV-08-00810 R (Ex)<br><br>**DECLARATION OF DAVID ZELENSKI IN OPPOSITION TO OBJECTORS' PETITION FOR INCENTIVE AWARDS AND ATTORNEY FEES**<br><br>Date: August 19, 2013<br>Time: 10:00 a.m.<br>Courtroom: 8<br><br>*Assigned to Hon. Manuel L. Real* |

**DAVID ZELENSKI** declares under penalty of perjury of the laws of the United States and the State of California as follows:

1. I am a member in good standing of the State Bar of California and am one of the attorneys for Plaintiffs in the within action. If sworn as a witness, I could competently testify to each and every fact set forth herein from my own personal knowledge, and I aver that all of the documents appended to this Declaration have been maintained in my office in the ordinary course of business under my direction and control.

2. On May 30, 2011, via the Court's CM/ECF System, my office received a "Notice of Appearance" filed in the within action by George Richard Baker on behalf of Class Members Seth Grissom, James Garrison, Nathan Hunt, Dustin Kennemer, John Kelley, and John Amari (hereinafter, the "Baker Objectors"). Approximately two years later, on July 23, 2013, my office received through the Court's CM/ECF System a "Notice of Change of Address," also filed by Mr. Baker on behalf of the Baker Objectors. According, however, to the Notice of Electronic Filing accompanying the Notice of Change of Address, Mr. Baker filed the Notice of Change of Address on behalf of one of my firm's clients, namely, Plaintiff Christine Leigh Brown-Roberts. A true and correct copy of the Notice of Electronic Filing is attached hereto as **Exhibit 1**. In response, I contacted Mr. Baker by e-mail that afternoon to explain that he had improperly represented on whose behalf the filing was made. A true and correct copy of my e-mail to Mr. Baker is attached hereto as **Exhibit 2**.

3. On August 5, 2013, via e-mail, I contacted Markham Sherwood of Gilardi & Co., LLC (the Claims Administrator appointed by the Court under the April 19, 2013, Order granting preliminary approval) as to the submission of claims and objections under the present settlement. Mr. Sherwood responded to my e-mail, stating that, to date, Gilardi & Co., LLC has not received any objections, exclusion requests, or Claim Forms from any of the Baker Objectors. A true and correct copy of the e-mail chain with Mr. Sherwood is attached hereto as **Exhibit 3**.

1  I have read the foregoing, and the facts set forth therein are true and correct of my
2  own personal knowledge.  Executed August 5, 2013, in the County of Los Angeles, State
3  of California.

4                                                                  /s/ *David Zelenski*
5                                                              David Zelenski