## Dave Zelenski

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Tuesday, July 23, 2013 9:41 AM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:08-cv-00810-R-E Stephen Stetson et al v. West Publishing Corporation et al Notice of Change of Address |
| | |
| **AmicusId:** | 232551 |
| **AmicusStatus:** | Saved |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Baker, George on 7/23/2013 at 9:41 AM PDT and filed on 7/23/2013
**Case Name:**    Stephen Stetson et al v. West Publishing Corporation et al
**Case Number:**   2:08-cv-00810-R-E
**Filer:**    Christine Leigh Brown-Roberts
**Document Number:** 156

**Docket Text:**
**NOTICE of Change of other firm name or address information by George Richard Baker attorney for Plaintiff Christine Leigh Brown-Roberts. Changing Telephone number. Filed by Plaintiff Christine Leigh Brown-Roberts. (Baker, George)**


**2:08-cv-00810-R-E Notice has been electronically mailed to:**

Bradley S Phillips     brad.phillips@mto.com, mary.pantoja@mto.com

D Alan Harris     aharris@harrisandruble.com, pmohan@harrisandruble.com

David Zelenski     dzelenski@harrisandruble.com

Elisabeth Jill Neubauer     eneubauer@gmail.com

George Richard Baker     richard@bakerlawpc.com, sheree@bakerlawpc.com

Heather H Gilhooly     hgilhooly@linerlaw.com, AEichelberger@linerlaw.com

1

James F Rittinger     jrittinger@ssbb.com

James P Tallon     jtallon@shearman.com

Joel R Bennett     joelrbennett@yahoo.com

Justin E Klein     jklein@ssbb.com

Matthew E Kavanaugh     mkavanaugh@eisnerlaw.com, vmccloud@eisnerlaw.com

Robert T Plunkert     plunkert@pspclaw.com

Stuart N Senator     stuart.senator@mto.com, loren.rives@mto.com

Wayne D Collins     wcollins@shearman.com

**2:08-cv-00810-R-E Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

Caeden C Drayton
4233 NW 25 Place
Launderhill, FL 33313

Daniel Greenberg
Greenberg Legal Services
55 Fontenay Circle
Little Rock, AR 72223

Thomas E Jackson
14521 E Cabana Street #306
Corpus Christi, TX 78418

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 7,13.13 Notice of change of change of phone number.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/23/2013] [FileNumber=15962349-0
] [03bbf38c230220e26601e02bb3f1b0e692acd325ca2f7a39696fcb9890181230bbe
ae03fa0b40a37f9d19a3f076281112e3ce1437b8edeb709f33b959f2379cd]]