## Dave Zelenski

| | |
|---|---|
| **From:** | Dave Zelenski |
| **Sent:** | Tuesday, July 23, 2013 2:56 PM |
| **To:** | 'G. Richard Baker' |
| **Cc:** | Alan Harris; pdisner@disnerlaw.com; josh@jacksonandtucker.com; 'Steve Jackson' |
| **Subject:** | RE: Activity in Case 2:08-cv-00810-R-E Stephen Stetson et al v. West Publishing Corporation et al Notice of Change of Address |
| | |
| **AmicusFileIds:** | 1527 |
| **AmicusFileName:** | Stetson v. West |
| **AmicusId:** | 232601 |
| **AmicusStatus:** | Saved |

Richard, one other thing. The ECF notification below states that your Notice was filed by Plaintiff Christine Leigh Brown-Roberts, who, of course, is one of our clients. I imagine that this was an error and that the filing should have instead designated Seth Bryant Grissom, James Ralph Garris III, Dustin Kennemer, Nathan Hunt, John Kelley, and John Amari (the individuals noted in the caption of the Notice). This may create problems down the road, at least with respect to those people accessing case information through PACER. Indeed, it appears that, because of the filing, PACER now reflects that you actually represent Ms. Brown-Roberts. Will you be filing some sort of Errata to correct the record? Please advise. Thanks.

Dave Zelenski

---

**From:** G. Richard Baker [mailto:richard@bakerlawpc.com]
**Sent:** Tuesday, July 23, 2013 11:15 AM
**To:** Dave Zelenski
**Cc:** Alan Harris; pdisner@disnerlaw.com; josh@jacksonandtucker.com; 'Steve Jackson'
**Subject:** RE: Activity in Case 2:08-cv-00810-R-E Stephen Stetson et al v. West Publishing Corporation et al Notice of Change of Address

Dave:
While I can get my mail in S.F., I am presently in Charlotte for the next couple of months. The most convenient way to serve documents for me is 2925 Manor Road, Charlotte, NC 28209. Alternatively, you can serve me at the San Francisco address. My S.F phone has changed to 4.5.767.1522. I can always be reached at 205.746.2703. Sorry for the confusion.

Richard Baker
205/201.2328

---

**From:** Dave Zelenski [mailto:DZelenski@harrisandruble.com]
**Sent:** Tuesday, July 23, 2013 1:01 PM
**To:** 'richard@bakerlawpc.com'
**Cc:** Alan Harris; pdisner@disnerlaw.com
**Subject:** FW: Activity in Case 2:08-cv-00810-R-E Stephen Stetson et al v. West Publishing Corporation et al Notice of Change of Address

Richard, please note that we served you yesterday by mail with copies of the final-approval papers at the two addresses listed on your April 29, 2013, correspondence. Those addresses are 524 Union Street, Suite 213, San Francisco, California 94133; and 612 32nd Street, Suite 213, Birmingham, Alabama 35233. (These were also the addresses at which

we served the preliminary-approval and fee-request papers.)  The newly provided address on your Notice, below, references two different cities and states—Charlotte, North Carolina and Birmingham, Alabama—and a street address that is different from either of the two listed on your April 29 letterhead.  For future purposes, what address should be using for service purposes?

Dave Zelenski

---

**From:** cacd_ecfmail@cacd.uscourts.gov [mailto:cacd_ecfmail@cacd.uscourts.gov]
**Sent:** Tuesday, July 23, 2013 9:41 AM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:08-cv-00810-R-E Stephen Stetson et al v. West Publishing Corporation et al Notice of Change of Address

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Baker, George on 7/23/2013 at 9:41 AM PDT and filed on 7/23/2013
**Case Name:**          Stephen Stetson et al v. West Publishing Corporation et al
**Case Number:**        2:08-cv-00810-R-E
**Filer:**              Christine Leigh Brown-Roberts
**Document Number:** 156

**Docket Text:**
**NOTICE of Change of other firm name or address information by George Richard Baker attorney for Plaintiff Christine Leigh Brown-Roberts. Changing Telephone number. Filed by Plaintiff Christine Leigh Brown-Roberts. (Baker, George)**

**2:08-cv-00810-R-E Notice has been electronically mailed to:**

Bradley S Phillips       brad.phillips@mto.com, mary.pantoja@mto.com

D Alan Harris       aharris@harrisandruble.com, pmohan@harrisandruble.com

David Zelenski       dzelenski@harrisandruble.com

Elisabeth Jill Neubauer       eneubauer@gmail.com

George Richard Baker       richard@bakerlawpc.com, sheree@bakerlawpc.com

Heather H Gilhooly     hgilhooly@linerlaw.com, AEichelberger@linerlaw.com

James F Rittinger     jrittinger@ssbb.com

James P Tallon     jtallon@shearman.com

Joel R Bennett     joelrbennett@yahoo.com

Justin E Klein     jklein@ssbb.com

Matthew E Kavanaugh     mkavanaugh@eisnerlaw.com, vmccloud@eisnerlaw.com

Robert T Plunkert     plunkert@pspclaw.com

Stuart N Senator     stuart.senator@mto.com, loren.rives@mto.com

Wayne D Collins     wcollins@shearman.com

**2:08-cv-00810-R-E Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Caeden C Drayton
4233 NW 25 Place
Launderhill, FL 33313

Daniel Greenberg
Greenberg Legal Services
55 Fontenay Circle
Little Rock, AR 72223

Thomas E Jackson
14521 E Cabana Street #306
Corpus Christi, TX 78418

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 7,13.13 Notice of change of change of phone number.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/23/2013] [FileNumber=15962349-0
] [03bbf38c230220e26601e02bb3f1b0e692acd325ca2f7a39696fcb9890181230bbe
ae03fa0b40a37f9d19a3f076281112e3ce1437b8edeb709f33b959f2379cd]]