# Dave Zelenski

| | |
|---|---|
| **From:** | Markham Sherwood [Markham.Sherwood@gilardi.com] |
| **Sent:** | Monday, August 05, 2013 3:14 PM |
| **To:** | Dave Zelenski |
| **Cc:** | Alan Harris; pdisner@disnerlaw.com |
| **Subject:** | Re: Stetson -- claim forms filed by objectors |
| | |
| **AmicusFileIds:** | 1527 |
| **AmicusFileName:** | Stetson v. West |
| **AmicusId:** | 233761 |
| **AmicusStatus:** | Saved |

Dave,

Nothing so far.

Markham

Sent from my iPhone

On Aug 5, 2013, at 1:36 PM, "Dave Zelenski" <DZelenski@harrisandruble.com> wrote:

> Markham, following up on the below, have you received anything since Friday from Seth Grissom, James Garrison, Dustin Kennemer, Nathan Hunt, John Kelley, or John Amari? By anything, I mean a claim, objection, or exclusion request with respect to the new settlement, whether submitted by them individually or by their counsel (George Richard Baker, K. Stephen Jackson, and Joseph L. Tucker). Please advise. Thanks.
>
> Dave Zelenski
>
> **From:** Markham Sherwood [mailto:Markham.Sherwood@gilardi.com]
> **Sent:** Friday, August 02, 2013 4:03 PM
> **To:** Alan Harris
> **Cc:** Dave Zelenski; pdisner@disnerlaw.com
> **Subject:** RE: Stetson -- claim forms filed by objectors
>
> Alan,
>
> Seth Bryant Grissom:
> Did not file in the 2011 settlement. I do not see that he filed in 2013 settlement.
>
> James Ralph Garrison III:
> I found a Jay Garrison in Birmingham, AL, who did file a claim in the 2011 settlement, but did not file a claim in the 2013 settlement.
>
> Dustin Kennemer:
> Did file a claim in the first settlement in 2011. Did not file a claim in the 2013 settlement.
>
> Nathan Hunt:
> I show a Nathaniel H Hunt in Georgia (did not file in 2011) and a Nathan R Hunt in Alabama (did not file in 2011). Neither of them filed in the 2013 settlement.

1

John Kelley:
I show a John D. Kelley in Rush NY (filed in 2011) and a John S Kelley in Bardstown KY (also filed in 2011). Neither filed in the 2013 settlement.

John Amari:
Did not file in the 2011 settlement.  Did not file in the 2013 settlement.

Jonathan Brown did file a timely electronic claim in the 2013 settlement. He filed the claim on July 8, 2013.

Markham

==========================================================

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, send an email to postmaster@gilardi.com