Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone:  (323) 962-3777
Facsimile:  (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

Perrin Disner (SBN 257586)
LAW OFFICES OF PERRIN F. DISNER
1855 Camden Avenue, Suite 3
Los Angeles, California 90025
Telephone:  (310) 742-7944
Facsimile:  (888) 544-5154
pdisner@disnerlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN STETSON, SHANE LAVIGNE, CHRISTINE LEIGH BROWN-ROBERTS, VALENTIN YURI KARPENKO, and JAKE JEREMIAH FATHY, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>     v.<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation dba BAR/BRI, and KAPLAN, INC.,<br><br>         Defendants. | Case No. CV-08-00810 R (Ex)<br><br>**PROOF OF SERVICE**<br><br>*Assigned to Hon. Manuel L. Real* |

I am an attorney for Plaintiffs herein, over the age of eighteen years, and not a party to the within action. My business address is 6424 Santa Monica Boulevard, Los Angeles, California 90038.

On August 5, 2013, I served the within document(s):

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO OBJECTORS' PETITION FOR INCENTIVE AWARDS AND ATTORNEY FEES**

**DECLARATION OF DAVID ZELENSKI IN OPPOSITION TO OBJECTORS' PETITION FOR INCENTIVE AWARDS AND ATTORNEYS FEES**

**PROOF OF SERVICE**

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice, the above document(s) would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business, addressed as follows:

| | |
|---|---|
| Caeden C. Drayton<br>4233 NW 25 Place<br>Launderhill, Florida 33313 | Daniel Greenberg<br>Greenberg Legal Services<br>55 Fontenay Circle<br>Little Rock, Arkansas 72223 |
| Robert T. Plunkert<br>Pitzger Snodgrass P.C.<br>100 South Fourth Street<br>St. Louis, Missouri 63102 | Thomas E. Jackson<br>14521 E. Cabana Street #306<br>Corpus Christi, Texas 78418 |
| George Richard Baker<br>Baker Law P.C.<br>2925 Manor Road<br>Charlotte, North Carolina 28209 | George Richard Baker<br>Baker Law P.C.<br>524 Union Street, Suite 213<br>San Francisco, California 94133 |

I declare under penalty of perjury of the laws of the United States and of the State of California that the above is true and correct. Executed on August 5, 2013, at Los Angeles, California.

                                         /s/ *David Zelenski*
                                         David Zelenski