# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV 08-810-R**                                                             **Date: AUGUST 19, 2013**

**TITLE: STEPHEN STETSON, et al. V. WEST PUBLISHING CORPORATION, et al.**
===================================================================
**PRESENT:**

                               **HON. MANUEL L. REAL, JUDGE**

   **William Horrell**                                              **Cindy Nirenberg**
   **Deputy Clerk**                                                 **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**

   Alan Harris                                   Heather Gilhooley
   David Zelenski                                 James Rittinger
   Perrin Disner                                  Stuart Senator
   Objectors:
   G. Richard Baker


**PROCEEDINGS:** 1) Plaintiffs' motion for final approval of class action settlement (7-22-13)
                 2) Plaintiffs' motion for award of attorney's fees and reimbursement of costs (5-6-13)
                 3) Objectors Grisson et al's petition for incentive awards and attorney fees (7-29-13)


   The Court hears arguments of counsel.

   The Court GRANTS item # 1 as listed above, for reasons as
   stated on the record.
   The Court GRANTS IN PART AND DENIES IN PART item # 2
   as listed above, in amounts, and for reasons, as stated on the record.
   The Court DENIES item # 3 as listed above, for reasons as stated
   On the record.

   Plaintiffs shall submit proposed orders.



                                                                            <u>14 min</u>


**MINUTES FORM 90**                                         **Initials of Deputy Clerk   WH**
**CIVIL -- GEN**